```
                    National Laboratory Specialists, Inc. Matrix.txt
National Laboratory Specialists, Inc.
103 Roundabout Lane
Huntsville, TX 77320-0549

1-800-Conference
P.O. Box 8103
Aurora, IL 60507-8103

3-Form
2300 S. 2300 W.
Salt Lake City, UT 84119

A & A Sheet Metal Products, Inc.
P.O. Box 1848
La Porte, IN 46352-1848

Adolfson & Peterson Construction
1800 Firman Drive, Suite 700
Richardson, TX 75081

Agr Fabricators, Inc.
P.O. Box 10158
Jacksonville, FL 32207

Alecom Metal Works, Inc.
2803 Chalk Hill Road
Dallas, TX 75212

Ample Computer Services
1528 Avenue O
Huntsville, TX 77340

Apple Scientific, Inc.
P.O. Box 778
Chesterland, OH 44026

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

Atchley & Associates
6850 Austin Center Blvd., Suite 180
Austin, TX 78731-3129

Austin Countertops
11108 Bluff Bend Drive
Austin, TX 78753

Autumnwood Millwork, LLC
6462 FM 1374
New Waverly, TX 77358

Bluelinx Corporation
P.O. Box 677597
Dallas, TX 75267-7597

BMC Industrial Educational Service, Inc.
P.O. Box 4089
Muskegon Heights, MN 49444

Brazos Forest Products
600 Industrial Blvd.
Austin, TX 78745-1213
                                       Page 1
```

National Laboratory Specialists, Inc. Matrix.txt

C.H. Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121

C-3 Distributors, Inc.
1000 Spinks Road
Flower Mound, TX 75028

Candyce F. Dixon, C.P.A.
1106 Avenue O
Hunstville, TX 77340-4444

Centex Countertops, Inc.
712 Ashford Hills
Bryan, TX 77801

Centex Countertops, Inc.
c/o Mr. Robert A. Swearingen
The Swearingen Firm
3002 Texas Avenue South
College Station, TX 77845-5048

Central Hardwood
2605 Rodney Lane
Dallas, TX 75229

Chazaq, Inc.
812 S. Blue Mound Road, Suite A
Fort Worth, TX 76131

Chicago Dowel Co., Inc.
4700 West Grand Avenue
Chicago, IL 60639

Colt Industries, Inc.
3505 Tree Court Industrial Blvd.
St. Louis, MO 63122

Concentra
P.O. Box 9005
Addison, TX 75001-9005

Construction Today
#774086
4086 Solutions Center
Chicago, IL 60677-4000

Cothern Transportation, Inc.
1007 Canyon Bend Drive
Dripping Springs, TX 78620

CTWP
3730 Franklin Avenue
Waco, TX 76710

CTWP Leasing
3730 Franklin Avenue
Waco, TX 76710

Dealer Electrical Supply
2580 Manana
Dallas, TX 75220-1206

National Laboratory Specialists, Inc. Matrix.txt

Dixie Plywood Company
P.O. Box 951609
Dallas, TX 75395-1609

Durcon, Inc.
P.O. Box 2337
San Antonio, TX 78298-2337

Edgebanding Services, Inc.
828 W. Clenega Avenue
San Dimas, CA 91773

Epoxyn Products, LLC
500 East 16th Street
Mountain Home, AR 72653

Fairway
350 W. 38th Street
Houston, TX 77018

Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

First Victoria National Bank/
Citizens Bank of Texas
P.O. Box 1338
Victoria, TX 77902

First Victoria National Bank/
Citizens Bank of Texas
P.O. Box 1685
Huntsville, TX 77320

First Victoria National Bank/
Citizens Bank of Texas
P.O. Box 128
New Waverly, TX 77358

Flinn Scientific, Inc.
P.O. Box 219
Batevia, IL 60510

Frank Paxton - San Antonio/
Frank Paxton Lumber Company
10001 Osgood Drive
San Antonio, TX 78233

Frank Paxton - San Antonio/
Frank Paxton Lumber Company
23925 Commerce Park Road
Beachwood, OH 44122

FW Services, Inc.
d/b/a Pacesetter Personnel Services
c/o Mr. Russell C. Ducoff, Attorney
4615 Southwest Freeway, Suite 500
Houston, TX 77027-7106

National Laboratory Specialists, Inc. Matrix.txt

Glasspec Corporation
P.O. Box 560116
Miami, FL 33256-0116

Graybar
P.O. Box 840458
Dallas, TX 75284-0458

Hafele America Co.
P.O. Box 890779
Charlotte, NC 28289-0779

Hanson's Installations, Inc.
16726 Pawlin Drive
Selma, TX 78154

Hardwoods Specialty Products
P.O. Box 6306
Arlington, TX 76005

Harmon Supply
3266 Branard
Houston, TX 77098

Holcomb Custom Products
165 Melissa Drive
Puryear, TN 38251

Holland Safety Equipment
726 McKinley Avenue
Libertyville, IL 60048

Houston Hardwood
4910 34th Street
Houston, TX 77092

Inter Dyne Systems, Inc.
676 Ellis Road
Norton Shores, MN 49441

Karrgo Freight Systems, Inc./Karr-Go
P.O. Box 1745
San Marcos, TX 78667

Keystone Millwork, Inc.
1740 Shiloh
Bryan, TX 77803

Kumar
4775 Chino Avenue
Chino, CA 91710

La Quinta
6140 Gateway East
El Paso, TX 79905

La Quinta
7888 I-30 West
White Settlement, TX 76108

Lab Safety Supply
P.O. Box 5004

```
                     National Laboratory Specialists, Inc. Matrix.txt
Janesville, WI 53547-5004

Labconco Corp.
8811 Prospect
Kansas City, MO 64132

Laminate Works, Inc. - Dallas
Bin # 150039
P.O. Box 790343
St. Louis, MO 63179-0343

Larson & Weisinger
P.O. Box 2666
Conroe, TX 77305

LG Hausys America, Inc.
900 Circle 75 Parkway E., Suite 1500
Atlanta, GA 30339

Louis & Co.
P.O. Box 2253
Brea, CA 92822-2253

Maharam
45 Rasons Court
Hauppauge, NY 11788

Manna Distributors, Inc.
8708 Westpark
Houston, TX 77063

Maric
300 CR 169
Coldwell, TX 77836

Marimon Business Systems
21146 Network Place
Chicago, IL 60673-1211

McKillican - Austin
3808 N. Sullivan Road, Bldg. 33A
Spokane Valley, WA 99216-1608

Cif Lab. Casework Solutions, Inc.
56 Edilcan Drive
Concord, Ontario
Canada

On Site Services
8711 Burnet Road
Austin, TX 78757

Pacesetter Personnel Services
c/o Mr. Russell C. Ducoff
Law Offices of Russell C. Ducoff
4615 Southwest Freeway, Suite 500
Houston, TX 77027-7106

Patrick Industries, Inc.
#774701
4701 Solutions Center
Chicago, IL 60677-4007
```

```
                  National Laboratory Specialists, Inc. Matrix.txt
PDQ Temporaries, Inc.
704 Hunters Row Court
Mansfield, TX 76063

Precision Applications
712 Ashford Hills
Bryan, TX 77801

Precision Applications
c/o Mr. Robert A. Swearingen
The Swearingen Firm
3002 Texas Avenue South
College Station, TX 77845-5048

R.S. Hughes
8606 Wall Street, Suite 400
Austin, TX 78754

Rapid Financial
7316 Wisconsin Avenue, Suite 350
Bethesda, MD 20814

Reed Construction Data
P.O. Box 2241
Carol Stream, IL 60132-2241

Roddis Lumber & Veneer Co.
P.O. Box 1446
San Antonio, TX 78295

Rugby Corp.
P.O. Box 52708
Phoenix, AZ 85072-2708

S & R Metals, Inc.
2705 Lena Street
Jackson, MS 39213

School Outfitters
3736 Regent Avenue
Cincinnati, OH 45212-3724

Sciencelab.com
14025 Smith Road
Humble, TX 77396

Sellstrom Manufacturing Co.
P.O. Box 71137
Chicago, IL 60694-1137

Sherwin Williams Co.
424 Peach Street
Waco, TX 78704-2527

Silestone of Houston
3700 S. Sam Houston Parkway W.
Houston, TX 77053

Sims Enterprise, LLC
103 Roundabout Lane
Huntsville, TX 77320

Small Business Financial Solutions, Inc.
```

```
                       National Laboratory Specialists, Inc. Matrix.txt
P.O. Box 503
Lanham, MD 20703

Stiles Machinery
3944 Solutions Center
Chicago, IL 60677-3009

Stone Creek Consultants, LLC
2704 Magenta Meadow
Conroe, TX 7304

Surface Warehouse, LP/
US Surface Warehouse
c/o Mr. Lee P. Wood, Attorney
4601 Spicewood Springs, Bldg. 1, #100
Austin, TX 78759

TASB, Inc.
P.O. Box 975112
Dallas, TX 75397-5112

Taylor Craft
1353 W. 2nd Street
Taylor, TX 76574

Texas Architect
816 Congress Avenue, Suite 970
Austin, TX 78701-2443

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Texas Metal Equipment Co.
6707 Mayard
Houston, TX 77041

The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

The Huntington National Bank
Equipment Finance Division
105 East Fourth Street
Cincinnati, OH 45202

Titanium Trucking Services, Inc.
400 Zenway Blvd., Unit # 4
Woodbridge, Ontario L4H 0S7
Canada

TMI Systems Design Corporation/TMI
50 South Third Avenue West
Dickinson, ND 58601-5595

TMI Systems Design Corporation
50 South Third Avenue West
Dickinson, ND 58601
```

National Laboratory Specialists, Inc. Matrix.txt

TMI Systems Design Corporation/TMI
c/o Mr. Joshua W. Mermis
Johnson, Trent, West & Taylor, L.L.P.
919 Milam, Suite 1700
Houston, TX 77002

Tow & Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77380

Travis Tile Sales, Inc.
P.O. Box 2272
Austin, TX 78768

VWR International
P.O. Box 640169
Pittsburgh, PA 15264-0169

Warenoff's, Inc.
16064 Central Commerce Drive
Pflugerville, TX 78660-2002

Water Save Faucet
701 W. Erie Street
Chicago, IL 60654

Worthington Direct
6301 Gaston Avenue, Suite 670
P.O. Box 140038
Dallas, TX 75214-0038