IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| NATIONAL LABORATORY | § | 11-37699-H4-11 |
| SPECIALISTS, INC. | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

## EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

COMES NOW NATIONAL LABORATORY SPECIALISTS, INC., Debtor, and files this its Emergency Motion for Authority to Use Cash Collateral, and in support thereof would respectfully state as follows:

1. Movant is the Debtor and Debtor in Possession herein.

2. Debtor needs to continue its business herein in order to be able to propose a plan of reorganization.

3. Debtor has no alternative borrowing source and to remain in business must be permitted to use its funds collected from normal business operations to pay its employees, insurance, utilities, and to pay for necessary repairs, maintenance and office expenses.

4. This motion is an emergency motion under Bankruptcy Rule 4001(b)(2). Pending a final hearing on the relief requested by this motion, the Debtor needs to use the cash collateral to avoid immediate and irreparable harm to the estate in that absent such use the Debtor would be required to cease operations.

5. The cash collateral at issue herein is in effect the funds collected from normal business operations generated monthly, with an average collateral value of approximately

$210,000.00 per month. Debtor is requesting authorization for use of cash collateral for 14 days in the amount of $100,000.00.

WHEREFORE, premises considered, Debtor respectfully moves this Honorable Court to authorize its use of cash collateral on an emergency basis and at a final hearing, and for such other and further relief as is just.

Respectfully submitted,

   /s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
2 Houston Center
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
margaret@mmmcclurelaw.com (e-mail)

ATTORNEY FOR DEBTOR

**NATIONAL LABORATORY SPECIALISTS, INC.**
Schedule Of Sources Application Of Projected Funds
For The Period September 6 - September 20, 2011
Generated On - 9/6/2011 At - 1:26 PM

| | Seven Months January - July, 2011 | Percent (%) Of Total Income For Seven Months | Monthly Average | Percent (%) Of Total Average Income | Fourteen (14) Day Projections | Percent (%) Of Total Projected Expenditures For Fourteen (14) Days | Thirty (30) Day Projections | Percent (%) Of Total Projected Expenditures For Thirty (30) Days |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
|   **Income** | | | | | | | | |
|     FREIGHT INCOME | $ -224.00 | 0.00% | $ -32.00 | 0.00% | $ 0.00 | 0.00% | $ 0.00 | 0.00% |
|     MERCHANDISE SALES | 7,710,580.27 | 99.47% | 1,101,511.47 | 99.47% | 0.00 | 0.00% | 0.00 | 0.00% |
|     MILLWORK | 60,000.00 | 0.77% | 8,571.43 | 0.77% | 0.00 | 0.00% | 0.00 | 0.00% |
|     SALES INSTALLATION | -18,523.45 | -0.24% | -2,646.21 | -0.24% | 0.00 | 0.00% | 0.00 | 0.00% |
|     U.L.S. | -78.65 | 0.00% | -11.24 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
|   **Total Income** | $ 7,751,754.17 | 100.00% | $ 1,107,393.45 | 100.00% | $ 0.00 | 0.00% | $ 0.00 | 0.00% |
| | | | | | | | | |
|   **Cost of Goods Sold** | | | | | | | | |
|     **COGS-ULS** | | | | | | | | |
|       INSURANCE - DENTAL | $ 8,726.62 | 0.11% | $ 1,246.66 | 0.11% | $ 0.00 | 0.00% | $ 0.00 | 0.00% |
|       ENG Drawings, Plans, Etc | 3,423.00 | 0.04% | 489.00 | 0.04% | 0.00 | 0.00% | 0.00 | 0.00% |
|       **Labor Costs** | | | | | | | | |
|         Direct Labor | 718,907.85 | 9.27% | 102,701.12 | 9.27% | 35,000.00 | 36.25% | 75,000.00 | 36.25% |
|       **Total Labor Costs** | $ 718,907.85 | 9.27% | $ 102,701.12 | 9.27% | 35,000.00 | 36.25% | $ 75,000.00 | 36.25% |
| | | | | | | | | |
|       **Materials, Products, & Supplies** | | | | | | | | |
|         Bonding | $ 23,492.20 | 0.30% | $ 3,356.03 | 0.30% | $ 0.00 | 0.00% | $ 0.00 | 0.00% |
|         Casework | 2,001,215.64 | 25.82% | 285,887.95 | 25.82% | 25,000.00 | 25.90% | 53,571.43 | 25.90% |
|         Engineering Services | 1,190.48 | 0.02% | 170.07 | 0.02% | 300.00 | 0.31% | 642.86 | 0.31% |
|         Freight | 32,325.33 | 0.42% | 4,617.90 | 0.42% | 4,000.00 | 4.14% | 8,571.43 | 4.14% |
|         Materials - COGS | 1,253,157.59 | 16.17% | 179,022.51 | 16.17% | 15,000.00 | 15.54% | 32,142.86 | 15.54% |
|         Millwork-COGS | 69,736.78 | 0.90% | 9,962.40 | 0.90% | 10,000.00 | 10.36% | 21,428.57 | 10.36% |
|         Materials, Products, & Supplies - Other | 2,104,266.55 | 27.15% | 300,609.51 | 27.15% | 12,000.00 | 12.43% | 25,714.29 | 12.43% |
|       **Total Materials, Products, & Supplies** | $ 5,485,384.57 | 70.76% | $ 783,626.37 | 70.76% | $ 66,300.00 | 68.67% | $ 142,071.43 | 68.67% |
| | | | | | | | | |
|       COGS-ULS - Other | 680,581.94 | 8.78% | 97,225.99 | 8.78% | 0.00 | 0.00% | 0.00 | 0.00% |
|     **Total COGS-ULS** | $ 6,897,023.98 | 88.97% | $ 985,289.14 | 88.97% | $ 101,300.00 | 104.93% | $ 217,071.43 | 104.93% |
| | | | | | | | | |
|     **Cost of Goods Sold** | $ -95,310.10 | -1.23% | $ -13,615.73 | -1.23% | $ 0.00 | 0.00% | $ 0.00 | 0.00% |
|     **Variable/Direct Overheads** | | | | | | | | |
|       License Renewals | $ 110.00 | 0.00% | $ 15.71 | 0.00% | $ 0.00 | 0.00% | $ 0.00 | 0.00% |
|       Printing & Production | 18,239.00 | 0.24% | 2,605.57 | 0.24% | 0.00 | 0.00% | 0.00 | 0.00% |
|     **Total Variable/Direct Overheads** | $ 18,349.00 | 0.24% | $ 2,621.29 | 0.24% | $ 0.00 | 0.00% | $ 0.00 | 0.00% |
| | | | | | | | | |
|   **Total COGS** | $ 6,820,062.88 | 87.98% | $ 974,294.70 | 87.98% | $ 101,300.00 | 104.93% | $ 217,071.43 | 104.93% |
| | | | | | | | | |
| **Gross Profit** | $ 931,691.29 | 12.02% | $ 133,098.76 | 12.02% | $ -101,300.00 | -104.93% | $ -217,071.43 | -104.93% |
| | | | | | | | | |
|   **Expense** | | | | | | | | |
|     INSTALLATION | $ 67,100.25 | 0.87% | $ 9,585.75 | 0.87% | $ 7,000.00 | 7.25% | $ 15,000.00 | 7.25% |
|     OUTSIDE SERVICE | 100,370.24 | 1.29% | 14,338.61 | 1.29% | 7,000.00 | 7.25% | 15,000.00 | 7.25% |
|     BANK FEE | 27.00 | 0.00% | 3.86 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
|     TRADE SHOW | 1,753.16 | 0.02% | 250.45 | 0.02% | 0.00 | 0.00% | 0.00 | 0.00% |

**NATIONAL LABORATORY SPECIALISTS, INC.**
Schedule Of Sources Application Of Projected Funds
For The Period September 6 - September 20, 2011
Generated On - 9/6/2011 At - 1:26 PM

| | Seven Months January - July, 2011 | Percent (%) Of Total Income For Seven Months | Monthly Average | Percent (%) Of Total Average Income | Fourteen (14) Day Projections | Percent (%) Of Total Projected Expenditures For Fourteen (14) Days | Thirty (30) Day Projections | Percent (%) Of Total Projected Expenditures For Thirty (30) Days |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **DRUG TESTING** | 600.45 | 0.01% | 85.78 | 0.01% | 0.00 | 0.00% | 0.00 | 0.00% |
| **MANAGEMENT FEE** | 86,300.00 | 1.11% | 12,328.57 | 1.11% | 0.00 | 0.00% | 0.00 | 0.00% |
| **LEASE** | | | | | | | 0.00 | 0.00% |
|    EQUIPMENT LEASE | $ 21,203.58 | 0.27% $ | 3,029.08 | 0.27% $ | 0.00 | 0.00% $ | 0.00 | 0.00% |
|    LEASE BUILDING | 12,000.00 | 0.15% | 1,714.29 | 0.15% | 0.00 | 0.00% | 0.00 | 0.00% |
|    LEASE - Other | 6,000.00 | 0.08% | 857.14 | 0.08% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total LEASE** | $ 39,203.58 | 0.51% $ | 5,600.51 | 0.51% $ | 0.00 | 0.00% $ | 0.00 | 0.00% |
| **EMPLOYEE** | | | | | | | | |
|    SAFETY MANAGEMENT | $ 150.00 | 0.00% $ | 21.43 | 0.00% $ | 0.00 | 0.00% $ | 0.00 | 0.00% |
| **Total EMPLOYEE** | 150.00 | 0.00% | 21.43 | 0.00% $ | 0.00 | 0.00% $ | 0.00 | 0.00% |
| **Sales and Promotion Expenses** | 3,597.81 | 0.05% | 513.97 | 0.05% | 0.00 | 0.00% | | 0.00% |
| **Admin Payroll & Related** | | | | | | | | |
|    Admin Burden | 91,314.30 | 1.18% | 13,044.90 | 1.18% | 6,522.45 | 6.76% | 13,976.68 | 6.76% |
|    Bonuses | 22,400.00 | 0.29% | 3,200.00 | 0.29% | 0.00 | 0.00% | 0.00 | 0.00% |
|    Health Insurance | 13,421.72 | 0.17% | 1,917.39 | 0.17% | 0.00 | 0.00% | 0.00 | 0.00% |
|    Salaries** | 617,229.68 | 7.96% | 88,175.67 | 7.96% | 44,087.83 | 45.67% | 94,473.93 | 45.67% |
|    Admin Payroll & Related - Other | 32,438.60 | 0.42% | 4,634.09 | 0.42% | 2,317.04 | 2.40% | 4,965.09 | 2.40% |
| **Total Admin Payroll & Related** | $ 776,804.30 | 10.02% $ | 110,972.04 | 10.02% $ | 52,927.33 | 54.82% $ | 113,415.70 | 54.82% |
| **General Expenses** | | | | | | | | |
|    Accounting Fees | $ 42,485.24 | 0.55% $ | 6,069.32 | 0.55% $ | 4,000.00 | 4.14% $ | 8,571.43 | 4.14% |
|    Advertising | 13,348.53 | 0.17% | 1,906.93 | 0.17% | 0.00 | 0.00% | 0.00 | 0.00% |
|    ATM Fees | 1.00 | 0.00% | 0.14 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
|    Attorney Fees | 9,117.38 | 0.12% | 1,302.48 | 0.12% | 5,000.00 | 5.18% | 10,714.29 | 5.18% |
|    AUTO LOAN-GENE | | | | | | | | |
|       AUTO LOAN-STEVE | $ 13,199.65 | 0.17% $ | 1,885.66 | 0.17% $ | 942.83 | 0.98% $ | 2,020.35 | 0.98% |
|       AUTO LOAN-GENE - Other | 1,173.05 | 0.02% | 167.58 | 0.02% | 83.79 | 0.09% | 179.55 | 0.09% |
|    Total AUTO LOAN-GENE | $ 14,372.70 | 0.19% $ | 2,053.24 | 0.19% $ | 1,026.62 | 1.06% $ | 2,199.90 | 1.06% |
|    Automobile Expense | 598.31 | 0.01% | 85.47 | 0.01% | 85.00 | 0.09% | 182.14 | 0.09% |
|    Bank Service Charges | 324.50 | 0.00% | 46.36 | 0.00% | 50.00 | 0.05% | 107.14 | 0.05% |
|    Catalogues | 5,966.00 | 0.08% | 852.29 | 0.08% | 0.00 | 0.00% | 0.00 | 0.00% |
|    Contributions | -250.00 | 0.00% | -35.71 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
|    Direct Deposit Fees | 100.00 | 0.00% | 14.29 | 0.00% | 100.00 | 0.10% | 214.29 | 0.10% |
|    Dues & Subscriptions | 1,677.34 | 0.02% | 239.62 | 0.02% | 250.00 | 0.26% | 535.71 | 0.26% |
|    Gas and Electric | 2,334.95 | 0.03% | 333.56 | 0.03% | 350.00 | 0.36% | 750.00 | 0.36% |
|    Insurance - General | | | | | | | | |
|       INSURANCE-HEALTH | $ 42,473.95 | 0.55% $ | 6,067.71 | 0.55% $ | 3,033.85 | 3.14% $ | 6,501.11 | 3.14% |
|       Insurance - General - Other | 13,918.71 | 0.18% | 1,988.39 | 0.18% | 994.19 | 1.03% | 2,130.41 | 1.03% |
|    Total Insurance - General | $ 56,392.66 | 0.73% $ | 8,056.09 | 0.73% $ | 4,028.05 | 4.17% $ | 8,631.53 | 4.17% |
|    Interest Expense-First Victoria | 96,384.22 | 1.24% | 13,769.17 | 1.24% | 0.00 | 0.00% | 0.00 | 0.00% |
|    Lawn Care | 1,208.75 | 0.02% | 172.68 | 0.02% | 0.00 | 0.00% | 0.00 | 0.00% |

# NATIONAL LABORATORY SPECIALISTS, INC.
Schedule Of Sources Application Of Projected Funds

For The Period September 6 - September 20, 2011

Generated On - 9/6/2011 At - 1:26 PM

| | Seven Months January - July, 2011 | Percent (%) Of Total Income For Seven Months | Monthly Average | Percent (%) Of Total Average Income | Fourteen (14) Day Projections | Percent (%) Of Total Projected Expenditures For Fourteen (14) Days | Thirty (30) Day Projections | Percent (%) Of Total Projected Expenditures For Thirty (30) Days |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Marketing | 2,452.39 | 0.03% | 350.34 | 0.03% | 0.00 | 0.00% | 0.00 | 0.00% |
| Miscellaneous Expenses | -45,415.04 | -0.59% | -6,487.86 | -0.59% | 3,000.00 | 3.11% | 6,428.57 | 3.11% |
| Office Equipment Leases | -5,347.55 | -0.07% | -763.94 | -0.07% | 0.00 | 0.00% | 0.00 | 0.00% |
| Office Supplies | 17,588.92 | 0.23% | 2,512.70 | 0.23% | 1,500.00 | 1.55% | 3,214.29 | 1.55% |
| Parcels & Postage | 11,951.41 | 0.15% | 1,707.34 | 0.15% | 750.00 | 0.78% | 1,607.14 | 0.78% |
| Professional Fees | 27,775.65 | 0.36% | 3,967.95 | 0.36% | 0.00 | 0.00% | 0.00 | 0.00% |
| Reconciliation Discrepancies** | 1,000.05 | 0.01% | 142.86 | 0.01% | 0.00 | 0.00% | 0.00 | 0.00% |
| Rent Expense | 595.00 | 0.01% | 85.00 | 0.01% | 0.00 | 0.00% | 0.00 | 0.00% |
| Repairs & Maintenance | | | | | | | | |
|   Materials | $ 19,059.44 | 0.25% $ | 2,722.78 | 0.25% $ | 1,500.00 | 1.55% $ | 3,214.29 | 1.55% |
|   Office Repairs | 1,052.21 | 0.01% | 150.32 | 0.01% | 150.00 | 0.16% | 321.43 | 0.16% |
|   Repairs & Maintenance - Other | 1,978.10 | 0.03% | 282.59 | 0.03% | 300.00 | 0.31% | 642.86 | 0.31% |
| Total Repairs & Maintenance | $ 22,089.75 | 0.28% $ | 3,155.68 | 0.28% $ | 1,950.00 | 2.02% $ | 4,178.57 | 2.02% |
| Service Charges | 21.00 | 0.00% | 3.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Taxes - Property | 4,089.01 | 0.05% | 584.14 | 0.05% | 0.00 | 0.00% | 0.00 | 0.00% |
| Telephone | 28,831.36 | 0.37% | 4,118.77 | 0.37% | 2,000.00 | 2.07% | 4,285.71 | 2.07% |
| Training & Education | 12,504.00 | 0.16% | 1,786.29 | 0.16% | 850.00 | 0.88% | 1,821.43 | 0.88% |
| Travel & Ent | | | | | | | | |
|   GAS | $ 24,936.26 | 0.32% $ | 3,562.32 | 0.32% $ | 1,800.00 | 1.86% $ | 3,857.14 | 1.86% |
|   Meals | 6,749.47 | 0.09% | 964.21 | 0.09% | 900.00 | 0.93% | 1,928.57 | 0.93% |
|   MOTEL | 18,111.83 | 0.23% | 2,587.40 | 0.23% | 1,400.00 | 1.45% | 3,000.00 | 1.45% |
|   Travel | 3,218.96 | 0.04% | 459.85 | 0.04% | 250.00 | 0.26% | 535.71 | 0.26% |
|   Travel & Ent - Other | 407.90 | 0.01% | 58.27 | 0.01% | 0.00 | 0.00% | 0.00 | 0.00% |
| Total Travel & Ent | $ 53,424.42 | 0.69% $ | 7,632.06 | 0.69% $ | 4,350.00 | 4.51% $ | 9,321.43 | 4.51% |
| Utilities | 1,650.85 | 0.02% | 235.84 | 0.02% | 250.00 | 0.26% | 535.71 | 0.26% |
| Utilities - Trash | 168.00 | 0.00% | 24.00 | 0.00% | 75.00 | 0.08% | 160.71 | 0.08% |
| General Expenses - Other | 2,254.40 | 0.03% | 322.06 | 0.03% | 0.00 | 0.00% | 0.00 | 0.00% |
| Total General Expenses | $ 379,695.20 | 4.90% $ | 54,242.17 | 4.90% $ | 29,614.67 | 30.68% $ | 63,460.00 | 30.68% |
| SALES-TAX | 6,398.31 | 0.08% | 914.04 | 0.08% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Expense** | $ 1,462,000.30 | 18.86% $ | 208,857.19 | 18.86% $ | 96,542.00 | 100.00% $ | 206,875.71 | 100.00% |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed electronically or mailed by first class mail, postage prepaid, or faxed this 6th day of September, 2011 to the parties on the attached matrix.

   /s/ Margaret M. McClure
MARGARET M. MCCLURE

**11-37699** National Laboratory Specialists, Inc.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Jeff Bohm
**Date filed:** 09/05/2011 **Date of last filing:** 09/06/2011

# Attorneys

**Margaret Maxwell McClure**
Attorney at Law
909 Fannin
Suite 3810
Houston, TX 77010
713-659-1333
713-658-0334 (fax)
margaret@mmmcclurelaw.com
  *Assigned: 09/05/2011*

representing

**National Laboratory Specialists, Inc.**
103 Roundabout Lane
Huntsville, TX 77320-0549
*(Debtor)*

**Marvin E Sprouse, III**
Jackson Walker LLP
100 Congress Avenue
Ste 1100
Austin, TX 78701
512-236-2088
512-236-2148 (fax)
msprouse@jw.com
  *Assigned: 09/06/2011*

representing

**Durcon Incorporated**
c/o Marvin E Sprouse III
Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701
*(Creditor)*

**Stephen Douglas Statham**
Office of US Trustee
515 Rusk
Ste 3516
Houston, TX 77002
713-718-4650 x252
713-718-4680 (fax)
stephen.statham@usdoj.gov
  *Assigned: 09/06/2011*
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED

representing

**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650
USTPRegion07.HU.ECF@USDOJ.GOV
*(U.S. Trustee)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2011 13:20:49 | | | |
| **PACER Login:** | mm0211 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 11-37699 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 11-37699<br>Southern District of Texas<br>Houston<br>Tue Sep  6 13:15:34 CDT 2011 | Durcon Incorporated<br>c/o Marvin E Sprouse III<br>Jackson Walker LLP<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701-4042 | National Laboratory Specialists, Inc.<br>103 Roundabout Lane<br>Huntsville, TX 77320-0549 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 1-800-Conference<br>P.O. Box 8103<br>Aurora, IL 60507-8103 | 3-Form<br>2300 S. 2300 W.<br>Salt Lake City, UT 84119-2048 |
| A & A Sheet Metal Products, Inc.<br>P.O. Box 1848<br>La Porte, IN 46352-1848 | AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | Adolfson & Peterson Construction<br>1800 Firman Drive, Suite 700<br>Richardson, TX 75081 |
| Agr Fabricators, Inc.<br>P.O. Box 10158<br>Jacksonville, FL 32247-0158 | Alecom Metal Works, Inc.<br>2803 Chalk Hill Road<br>Dallas, TX 75212-4511 | Ample Computer Services<br>1528 Avenue O<br>Huntsville, TX 77340-4452 |
| Apple Scientific, Inc.<br>P.O. Box 778<br>Chesterland, OH 44026-0778 | Atchley & Associates<br>6850 Austin Center Blvd., Suite 180<br>Austin, TX 78731-3129 | Austin Countertops<br>11108 Bluff Bend Drive<br>Austin, TX 78753-3299 |
| Autumnwood Millwork, LLC<br>6462 FM 1374<br>New Waverly, TX 77358-3934 | BMC Industrial Educational Service, Inc.<br>P.O. Box 4089<br>Muskegon Heights, MN 49444-0089 | Bluelinx Corporation<br>P.O. Box 677597<br>Dallas, TX 75267-7597 |
| Brazos Forest Products<br>600 Industrial Blvd.<br>Austin, TX 78745-1213 | C-3 Distributors, Inc.<br>1000 Spinks Road<br>Flower Mound, TX 75028-4200 | C.H. Robinson Worldwide, Inc.<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 |
| CTWP<br>3730 Franklin Avenue<br>Waco, TX 76710-7385 | CTWP Leasing<br>3730 Franklin Avenue<br>Waco, TX 76710-7330 | Candyce F. Dixon, C.P.A.<br>1106 Avenue O<br>Hunstville, TX 77340-4444 |
| Centex Countertops, Inc.<br>712 Ashford Hills<br>Bryan, TX 77801-1801 | Centex Countertops, Inc.<br>c/o Mr. Robert A. Swearingen<br>The Swearingen Firm<br>3002 Texas Avenue South<br>College Station, TX 77845-5389 | Central Hardwood<br>2605 Rodney Lane<br>Dallas, TX 75229-3426 |
| Chazaq, Inc.<br>812 S. Blue Mound Road, Suite A<br>Fort Worth, TX 76131-1023 | Chicago Dowel Co., Inc.<br>4700 West Grand Avenue<br>Chicago, IL 60639-4695 | Cif Lab. Casework Solutions, Inc.<br>56 Edilcan Drive<br>Concord, Ontario<br>Canada |

| | | |
|---|---|---|
| Colt Industries, Inc.<br>3505 Tree Court Industrial Blvd.<br>St. Louis, MO 63122-6619 | Concentra<br>P.O. Box 9005<br>Addison, TX 75001-9005 | Construction Today<br>#774086<br>4086 Solutions Center<br>Chicago, IL 60677-4000 |
| Cothern Transportation, Inc.<br>1007 Canyon Bend Drive<br>Dripping Springs, TX 78620-3913 | Dealer Electrical Supply<br>2580 Manana<br>Dallas, TX 75220-1206 | Dixie Plywood Company<br>P.O. Box 951609<br>Dallas, TX 75395-1609 |
| Durcon, Inc.<br>P.O. Box 2337<br>San Antonio, TX 78298-2337 | Edgebanding Services, Inc.<br>828 W. Clenega Avenue<br>San Dimas, CA 91773-2489 | Epoxyn Products, LLC<br>500 East 16th Street<br>Mountain Home, AR 72653-5522 |
| FW Services, Inc.<br>d/b/a Pacesetter Personnel Services<br>c/o Mr. Russell C. Ducoff, Attorney<br>4615 Southwest Freeway, Suite 500<br>Houston, TX 77027-7106 | Fairway<br>350 W. 38th Street<br>Houston, TX 77018-6602 | Fastenal Company<br>P.O. Box 1286<br>Winona, MN 55987-7286 |
| FedEx<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | First Victoria National Bank/<br>Citizens Bank of Texas<br>P.O. Box 128<br>New Waverly, TX 77358-0128 | First Victoria National Bank/<br>Citizens Bank of Texas<br>P.O. Box 1338<br>Victoria, TX 77902-1338 |
| First Victoria National Bank/<br>Citizens Bank of Texas<br>P.O. Box 1685<br>Huntsville, TX 77342-1685 | Flinn Scientific, Inc.<br>P.O. Box 219<br>Batevia, IL 60510-0219 | Frank Paxton - San Antonio/<br>Frank Paxton Lumber Company<br>10001 Osgood Drive<br>San Antonio, TX 78233-5799 |
| Frank Paxton - San Antonio/<br>Frank Paxton Lumber Company<br>23925 Commerce Park Road<br>Beachwood, OH 44122 | Glasspec Corporation<br>P.O. Box 560116<br>Miami, FL 33256-0116 | Graybar<br>P.O. Box 840458<br>Dallas, TX 75284-0458 |
| Hafele America Co.<br>P.O. Box 890779<br>Charlotte, NC 28289-0779 | Hanson's Installations, Inc.<br>16726 Pawlin Drive<br>Selma, TX 78154-1239 | Hardwoods Specialty Products<br>P.O. Box 6306<br>Arlington, TX 76005-6306 |
| Harmon Supply<br>3266 Branard<br>Houston, TX 77098-1904 | Holcomb Custom Products<br>165 Melissa Drive<br>Puryear, TN 38251-3820 | Holland Safety Equipment<br>726 McKinley Avenue<br>Libertyville, IL 60048-2640 |
| Houston Hardwood<br>4910 34th Street<br>Houston, TX 77092-6606 | Inter Dyne Systems, Inc.<br>676 Ellis Road<br>Norton Shores, MN 49441-5672 | Karrgo Freight Systems, Inc./Karr-Go<br>P.O. Box 1745<br>San Marcos, TX 78667-1745 |

| | | |
|---|---|---|
| Keystone Millwork, Inc.<br>1740 Shiloh<br>Bryan, TX 77803-2026 | Kumar<br>4775 Chino Avenue<br>Chino, CA 91710-5130 | LG Hausys America, Inc.<br>900 Circle 75 Parkway E., Suite 1500<br>Atlanta, GA 30339-3032 |
| La Quinta<br>6140 Gateway East<br>El Paso, TX 79905-2004 | La Quinta<br>7888 I-30 West<br>White Settlement, TX 76108 | Lab Safety Supply<br>P.O. Box 5004<br>Janesville, WI 53547-5004 |
| Labconco Corp.<br>8811 Prospect<br>Kansas City, MO 64132-2696 | Laminate Works, Inc. - Dallas<br>Bin # 150039<br>P.O. Box 790343<br>St. Louis, MO 63179-0343 | Larson & Weisinger<br>P.O. Box 2666<br>Conroe, TX 77305-2666 |
| Louis & Co.<br>P.O. Box 2253<br>Brea, CA 92822-2253 | Maharam<br>45 Rasons Court<br>Hauppauge, NY 11788-4231 | Manna Distributors, Inc.<br>8708 Westpark<br>Houston, TX 77063-5814 |
| Maric<br>300 CR 169<br>Coldwell, TX 77836-4646 | Marimon Business Systems<br>21146 Network Place<br>Chicago, IL 60673-1211 | McKillican - Austin<br>3808 N. Sullivan Road, Bldg. 33A<br>Spokane Valley, WA 99216-1603 |
| On Site Services<br>8711 Burnet Road<br>Austin, TX 78757-7043 | PDQ Temporaries, Inc.<br>704 Hunters Row Court<br>Mansfield, TX 76063-4001 | Pacesetter Personnel Services<br>c/o Mr. Russell C. Ducoff<br>Law Offices of Russell C. Ducoff<br>4615 Southwest Freeway, Suite 500<br>Houston, TX 77027-7106 |
| Patrick Industries, Inc.<br>#774701<br>4701 Solutions Center<br>Chicago, IL 60677-4007 | Precision Applications<br>712 Ashford Hills<br>Bryan, TX 77801-1801 | Precision Applications<br>c/o Mr. Robert A. Swearingen<br>The Swearingen Firm<br>3002 Texas Avenue South<br>College Station, TX 77845-5389 |
| R.S. Hughes<br>8606 Wall Street, Suite 400<br>Austin, TX 78754-4569 | Rapid Financial<br>7316 Wisconsin Avenue, Suite 350<br>Bethesda, MD 20814-2977 | Reed Construction Data<br>P.O. Box 2241<br>Carol Stream, IL 60132-2241 |
| Roddis Lumber & Veneer Co.<br>P.O. Box 1446<br>San Antonio, TX 78295-1446 | Rugby Corp.<br>P.O. Box 52708<br>Phoenix, AZ 85072-2708 | S & R Metals, Inc.<br>2705 Lena Street<br>Jackson, MS 39213-6913 |
| School Outfitters<br>3736 Regent Avenue<br>Cincinnati, OH 45212-3724 | Sciencelab.com<br>14025 Smith Road<br>Humble, TX 77396-2738 | Sellstrom Manufacturing Co.<br>P.O. Box 71137<br>Chicago, IL 60694-1137 |

| | | |
|---|---|---|
| Sherwin Williams Co.<br>424 Peach Street<br>Waco, TX 76704-2527 | Silestone of Houston<br>3700 S. Sam Houston Parkway W.<br>Houston, TX 77053-2552 | Sims Enterprise, LLC<br>103 Roundabout Lane<br>Huntsville, TX 77320-0549 |
| Small Business Financial Solutions, Inc.<br>P.O. Box 503<br>Lanham, MD 20703-0503 | Stiles Machinery<br>3944 Solutions Center<br>Chicago, IL 60677-3009 | Stone Creek Consultants, LLC<br>2704 Magenta Meadow<br>Conroe, TX 77304-6703 |
| Surface Warehouse, LP/<br>US Surface Warehouse<br>c/o Mr. Lee P. Wood, Attorney<br>4601 Spicewood Springs, Bldg. 1, #1<br>Austin, TX 78759-8598 | TASB, Inc.<br>P.O. Box 975112<br>Dallas, TX 75397-5112 | TMI Systems Design Corporation<br>50 South Third Avenue West<br>Dickinson, ND 58601-5595 |
| TMI Systems Design Corporation/TMI<br>50 South Third Avenue West<br>Dickinson, ND 58601-5595 | TMI Systems Design Corporation/TMI<br>c/o Mr. Joshua W. Mermis<br>Johnson, Trent, West & Taylor, L.L.P.<br>919 Milam, Suite 1700<br>Houston, TX 77002-5378 | Taylor Craft<br>1353 W. 2nd Street<br>Taylor, TX 76574-2434 |
| Texas Architect<br>816 Congress Avenue, Suite 970<br>Austin, TX 78701-2443 | Texas Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX 78714-9348 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Metal Equipment Co.<br>6707 Mayard<br>Houston, TX 77041-2696 | The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | The Huntington National Bank<br>Equipment Finance Division<br>105 East Fourth Street<br>Cincinnati, OH 45202-4009 |
| Titanium Trucking Services, Inc.<br>400 Zenway Blvd., Unit # 4<br>Woodbridge, Ontario L4H 0S7<br>Canada | Tow & Koenig, PLLC<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380-1960 | Travis Tile Sales, Inc.<br>P.O. Box 2272<br>Austin, TX 78768-2272 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | VWR International<br>P.O. Box 640169<br>Pittsburgh, PA 15264-0169 | Warenoff's, Inc.<br>16064 Central Commerce Drive<br>Pflugerville, TX 78660-2002 |
| Water Save Faucet<br>701 W. Erie Street<br>Chicago, IL 60654-5538 | Worthington Direct<br>6301 Gaston Avenue, Suite 670<br>P.O. Box 140038<br>Dallas, TX 75214-0038 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)National Laboratory Specialists, Inc.     End of Label Matrix
103 Roundabout Lane                          Mailable recipients   116
Huntsville, TX 77320-0549                    Bypassed recipients     1
                                             Total                 117
```