**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Southern District of Texas
## Houston Division

In re  **National Laboratory Specialists, Inc.**                    ,        Case No.   **11-37699-H4-11**

                                            Debtor

                                            Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $            0.00 | | |
| B - Personal Property | YES | 7 | $      1,954,051.47 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      3,230,722.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $            8,141.04 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $      2,055,984.37 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 36 | $      1,954,051.47 | $      5,294,848.31 | |

**B6A (Official Form 6A) (12/07)**

In re:  **National Laboratory Specialists, Inc.**      Case No.  **11-37699-H4-11**

                          Debtor                                          (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **National Laboratory Specialists, Inc.**                          Case No.  **11-37699-H4-11**
                                  Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - Compass Bank** | | 43,504.97 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - First Victoria National Bank** | | 51,805.66 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Expense account) - BBVA Compass Bank, account no. ...6977** | | 600.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Expense account) - BBVA Compass Bank, account no. ...6969** | | 600.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Expense account) - BBVA Compass Bank, account no. ...6960** | | 600.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Expense account) - First Victoria National Bank** | | 64.97 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Expense account) - First Victoria National Bank** | | 77.79 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Expense account) - First Victoria National Bank** | | 125.01 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Expense account) - First Victoria National Bank** | | 1,394.52 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **National Laboratory Specialists, Inc.**                             ,        Case No.   **11-37699-H4-11**
                                                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Expense account) - First Victoria National Bank** | | 57.69 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account - First Victoria National Bank** | | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  __National Laboratory Specialists, Inc._____.          Case No.  __11-37699-H4-11_____
                                    **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Accounts Receivable:**<br><br>**Clear Creek: $0.40;**<br>**TCCD: $48,108,40;**<br>**Teague Middle & High School: $18,708.00;**<br>**Mike Conkies Cabinets, Inc.: $930.95;**<br>**Lovett Elem. School: $2,249.60**<br>**Bowie High: $540.01;**<br>**Texas City ISD: $7402.02;**<br>**Valley West Elem.: $3,211.84;**<br>**McCallum High School: $29,572.36;**<br>**Texas City ISD: $40,697.54;**<br>**Hereford High: $7,056.42;**<br>**Spring Woods High School: $4,584.55;**<br>**Lone Star College CY Fair: $23,528.66;**<br>**Bremond Adds & Renovations: $4,806.25;**<br>**Lone Star College-Tomball: $118,738.55;**<br>**Riverside: $4,148.50;**<br>**Amon Carter: $440.00;**<br>**Dickinson High: $23,951.11;**<br>**Amarillo College Byrd Bldg.: $610.00;**<br>**UTEP Science and Engineering: $4,982.75;**<br>**TCCD-New Academic Wing: $5325.60;**<br>**Kennedy Curry Middle School: $58,089.21;**<br>**Moody H.S.: $3,379.00;**<br>**Carroll I.S.D.: $175,897.11;**<br>**Lindale Jr. High: $36,177.83;**<br>**New Caney Collier Construction: $4,126.61;**<br>**Palo Alto College: $1,724.60;**<br>**Summit Preparatory: $79,233.26;**<br>**Barbers Hill M/S New Sci. Lab: $44,840.41;**<br>**Lone Star Victory Ctr.: $164,949.35;**<br>**Huntsville HS: $44,979.16;**<br>**SSAISD Academy of Health: $1,552.50;**<br>**Dulles MS: $500.00;**<br>**Killeen ISD New Career/At Risk: $5,257.44;**<br>**City of Pharr: $1,271.70;**<br>**MD Anderson: $80,694.31;**<br>**Red Oak MS: $0.00;**<br>**Oblate School of Theology: $0.04;**<br>**60211-PH: $3,291.00;**<br>**Brentwood: $7,065.20;**<br>**60611-mf: $27,552.66;**<br>**TCU Classroom Reshoring: $0.01;**<br>**Jackson, MS: $21,324.00;** | | **1,776,480.63** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **National Laboratory Specialists, Inc.**                          .          Case No.  **11-37699-H4-11**
                              Debtor                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Daisey Brand Lab: $18,966.00; Oblate School Quest Bldg.: $32,636.30; La Vega High School: $14,742.09; DISD Dickinson Summer Wk.: $158,532.46; White Elem. & Lee HS: $76,859.94; Faith Christian III: $84,470.28; SouthOak Cliff: $17,495.23; Pease Elem.: $2,593.50; Amarillo Col. Allied Health: $15,777.00; LSR Control Room: $6,300.00; University of North Texas: $4,850.28; UTSWMC: $327.75; Dallas Baptist Univ.: $871.00; University High School: $22,796.36; Smithson Valley HS: $62,173.50; Kemp Elem. & Carver Early: $16,554.83; Port Neches Middle School: $15,739.43; Groves Middle School: $22,995.96; Lone Star HS: $0.05; Jersey Village HS: $89,228.48; and VWR Northside High: $3,058.00 | | |
| Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **National Laboratory Specialists, Inc.**                                    ,          Case No.  **11-37699-H4-11**
                        **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **International 28' Truck** | | **24,758.92** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Various Trailers** | | **27,812.34** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **National Laboratory Specialists, Inc.**                    .
                              Debtor

Case No.  **11-37699-H4-11**

(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture, Furnishings and Equipment:**<br><br>**Chief Financial Officer:**<br>**Built In Desk & Credenza: $250.00;**<br>**Built In Book Case: $75.00;**<br>**Chairs (2): $50.00**<br><br>**Vice President of Accounting:**<br>**Executive Desk: $300.00;**<br>**Credenza: $300.00;**<br>**Side Board: $250.00;**<br>**Secretary Desk: $100.00;**<br>**Chairs (3): $200.00**<br><br>**Credit & Collections:**<br>**Desk: $75.00;**<br>**Credenza: $75.00;**<br>**Chairs (3): $75.00**<br><br>**Project Manager:**<br>**Desk: $150.00;**<br>**Credenza: $150.00;**<br>**Built In Bookshelves: $100.00;**<br>**Chairs (3): $75.00**<br><br>**Operations Manager:**<br>**Desks (2): $300.00;**<br>**Chairs (4): $300.00;**<br>**Built In Bookshelves: $250.00;**<br>**Partition: $50.00**<br><br>**Draftsmen:**<br>**Desk (2) With Credenzas: $250.00;**<br>**Partition: $50.00**<br><br>**Estimators:**<br>**Built In Desks (3) With Credenzas: $450.00;**<br>**Built In Bookshelves: $150.00;**<br>**Partitions (3): $150.00**<br><br>**President:**<br>**Executive Desk: $500.00;**<br>**Executive Credenza: $500.00;**<br>**Built In Bookshelves: $500.00;** | | **19,525.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **National Laboratory Specialists, Inc.**                    ,      Case No.   **11-37699-H4-11**
                                           **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Conference Room:**<br>**Custom Built Table: $2,500.00;**<br>**Built In Credenza: $1,500.00;**<br>**Chairs (12): $3,600.00;**<br>**Wide Screen Television: $1,250.00;**<br>**Mini Refrigerator: $250.00;**<br>**Chalk Board: $100.00;**<br>**Custom Built Weight Room: $3,000.00**<br><br>**Kitchen:**<br>**Table: $150.00;**<br>**Chairs (4): $200.00;**<br>**Microwave: $100.00;**<br>**Refrigerator: $500.00;**<br>**Sink & Sideboard: $300.00;**<br>**Built In Upper & Lower Storage: $250,00**<br>**Built In Coffee Station & Coffee Pot: $150.00** | | |
| Machinery, fixtures, equipment and supplies used in business. | | **Telephone System** | | **6,143.97** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

        __6__    continuation sheets attached                    Total  >   **$1,954,051.47**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **National Laboratory Specialists, Inc.** _____.        Case No. **11-37699-H4-11** _____
                                    **Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,014,258.34 | 0.00 |
| **First Victoria National Bank/ Citizens Bank of Texas** c/o Mr. James E. Cuellar, Attorney 440 Louisiana, Suite 718 Houston, TX 77002 | | | **Security Agreement Lien against accounts receivable** _____ **VALUE $0.00** | | | | | |
| **First Victoria National Bank/ Citizens Bank of Texas** P.O. Box 128 New Waverly, TX 77358 | | | | | | | | |
| **First Victoria National Bank/ Citizens Bank of Texas** P.O. Box 1338 Victoria, TX 77902 | | | | | | | | |
| **First Victoria National Bank/ Citizens Bank of Texas** P.O. Box 1685 Huntsville, TX 77320 | | | | | | | | |
| ACCOUNT NO. | X | | | | | | 4,220.56 | 0.00 |
| **Small Business Financial Solutions, Inc.** P.O. Box 503 Lanham, MD 20703 | | | **Security Agreement Lien against all inventory, account receivable, furniture, fixtures, equipment and motor vehicles** _____ **VALUE $0.00** | | | | | |

1    continuation sheets
     attached

Subtotal ➢
(Total of this page)                                   $  3,018,478.90 | $        0.00

Total ➢
(Use only on last page)                               $              | $

                                   (Report also on Summary of   (If applicable, report
                                   Schedules)                    also on Statistical
                                                                 Summary of Certain
                                                                 Liabilities and
                                                                 Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **National Laboratory Specialists, Inc.**                          Case No.  **11-37699-H4-11**

                                                    Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ...H-001 | | | Security Agreement Lien against the following projects and all proceeds: | | | | 212,244.00 | 212,244.00 |
| TMI Systems Design Corporation/TMI c/o Mr. Joshua W. Mermis Johnson, Trent, West & Taylor, L.L.P. 919 Milam, Suite 1700 Houston, TX 77002  TMI Systems Design Corporation/TMI 50 South Third Avenue West Dickinson, ND 58601-5595 | | | Analytical Research Labs, Austin Countertops, Bremond ISD-Campus Adds, Carroll MS, CY-Fair ISD - Arnold MS, CY-Fair ISD - Lamkin ES, CY-Fair ISD Pkg Q 2009 ES Renovation, CY-Fair ISD - High School, Fort Bend ISD MS #14, Greens Prairie ES, Kennedy Cuirry MS Adds & Renovation, Lindale ISD New Jr. HS, Lovett ES, McCallum HS, MD Anderson Pharmacy, Memorial HS 4x4 Science Project, NLS Inc., Smithson Valley HS Package C, Summit Preparatory School, Texas City ISD - New HS, Waco ISD University HS  VALUE $0.00 | | | | | |

Sheet no.  1 of  1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ⟩
(Total of this page)

Total  ⟩
(Use only on last page)

| | |
|---|---|
| $      212,244.00 | $      212,244.00 |
| $   3,230,722.90 | $      212,244.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **National Laboratory Specialists, Inc.**                                   Case No.   __11-37699-H4-11__
_____                                                    _____
                              Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re    **National Laboratory Specialists, Inc.**                                            Case No.    <u>11-37699-H4-11</u>
                                    Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Texas Comptroller of Public Accounts<br>c/o Mr. William A. Frazell<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548**<br><br>**Texas Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX 78714-9348** | | | | | | | **8,141.04** | **8,141.04** | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸<br>(Totals of this page) | $ **8,141.04** | $ **8,141.04**  $ **0.00** |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **8,141.04** | |
| Total ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **8,141.04**  $ **0.00** |

B6F (Official Form 6F) (12/07)

In re   **National Laboratory Specialists, Inc.**          Case No.   **11-37699-H4-11**
　　　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **1-800-Conference** <br> P.O. Box 8103 <br> Aurora, IL 60507-8103 | | | | | | | 318.97 |
| ACCOUNT NO. <br><br> **3-Form** <br> 2300 S. 2300 W. <br> Salt Lake City, UT 84119 | | | | | | | 34,047.26 |
| ACCOUNT NO. <br><br> **A & A Sheet Metal Products, Inc.** <br> P.O. Box 1848 <br> La Porte, IN 46352-1848 | | | | | | | 5,438.11 |
| ACCOUNT NO. <br><br> **Adolfson & Peterson Construction** <br> 1800 Firman Drive, Suite 700 <br> Richardson, TX 75081 | | | | | | | 450.00 |
| ACCOUNT NO. <br><br> **Agr Fabricators, Inc.** <br> P.O. Box 10158 <br> Jacksonville, FL 32207 | | | | | | | 876.50 |

　　21　　Continuation sheets attached

Subtotal  ➢ $   **41,130.84**

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __National Laboratory Specialists, Inc.__                    Case No. __11-37699-H4-11__
                         Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,110.00 |
| **Alecom Metal Works, Inc.** **2803 Chalk Hill Road** **Dallas, TX 75212** | | | | | | | |
| ACCOUNT NO. | | | | | | | 97.45 |
| **Ample Computer Services** **1528 Avenue O** **Huntsville, TX 77340** | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,450.65 |
| **Apple Scientific, Inc.** **P.O. Box 778** **Chesterland, OH 44026** | | | | | | | |
| ACCOUNT NO. | | | | | | | 872.11 |
| **AT&T** **P.O. Box 5019** **Carol Stream, IL 60197-5019** | | | | | | | |
| ACCOUNT NO. | | | | | | | 12,367.01 |
| **Atchley & Associates** **6850 Austin Center Blvd., Suite 180** **Austin, TX 78731-3129** | | | | | | | |

Sheet no. _1_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $       **18,897.22**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**

Debtor

Case No.  **11-37699-H4-11**

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Austin Countertops**<br>**11108 Bluff Bend Drive**<br>**Austin, TX 78753** | | | | | | | **3,541.08** |
| ACCOUNT NO.<br><br>**Autumnwood Millwork, LLC**<br>**6462 FM 1374**<br>**New Waverly, TX 77358** | | | | | | | **3,798.00** |
| ACCOUNT NO.<br><br>**Bluelinx Corporation**<br>**P.O. Box 677597**<br>**Dallas, TX 75267-7597** | | | | | | | **9,593.26** |
| ACCOUNT NO.<br><br>**BMC Industrial Educational Service, Inc.**<br>**P.O. Box 4089**<br>**Muskegon Heights, MN 49444** | | | | | | | **149,943.75** |
| ACCOUNT NO.<br><br>**Brazos Forest Products**<br>**600 Industrial Blvd.**<br>**Austin, TX 78745-1213** | | | | | | | **6,757.24** |

Sheet no.  2 of 21 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **173,633.33**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**          Case No. **11-37699-H4-11**
                          Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 13,163.55 |
| C.H. Robinson Worldwide, Inc. P.O. Box 9121 Minneapolis, MN 55480-9121 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,402.00 |
| C-3 Distributors, Inc. 1000 Spinks Road Flower Mound, TX 75028 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,950.00 |
| Candyce F. Dixon, C.P.A. 1106 Avenue O Hunstville, TX 77340-4444 | | | | | | | |
| ACCOUNT NO. | | | | | | | 11,616.50 |
| Centex Countertops, Inc. c/o Mr. Robert A. Swearingen The Swearingen Firm 3002 Texas Avenue South College Station, TX 77845-5048  Centex Countertops, Inc. 712 Ashford Hills Bryan, TX 77801 | | | | | | | |

Sheet no. _3_ of _21_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                      **32,132.05**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**         Case No. **11-37699-H4-11**
               Debtor                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Central Hardwood**<br>**2605 Rodney Lane**<br>**Dallas, TX 75229** | | | | | | | **502.43** |
| ACCOUNT NO.<br><br>**Chazaq, Inc.**<br>**812 S. Blue Mound Road, Suite A**<br>**Fort Worth, TX 76131** | | | | | | | **5,897.18** |
| ACCOUNT NO.<br><br>**Chicago Dowel Co., Inc.**<br>**4700 West Grand Avenue**<br>**Chicago, IL 60639** | | | | | | | **553.74** |
| ACCOUNT NO.<br><br>**Cif Lab. Casework Solutions, Inc.**<br>**56 Edilcan Drive**<br>**Concord, Ontario**<br>**Canada** | | | | | | | **209,074.21** |
| ACCOUNT NO.<br><br>**Colt Industries, Inc.**<br>**3505 Tree Court Industrial Blvd.**<br>**St. Louis, MO 63122** | | | | | | | **26,760.69** |

Sheet no. 4 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      **242,788.25**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**
                        Debtor

Case No.  11-37699-H4-11
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 237.00 |
| Concentra P.O. Box 9005 Addison, TX 75001-9005 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,500.00 |
| Construction Today #774086 4086 Solutions Center Chicago, IL 60677-4000 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,300.00 |
| Cothern Transportation, Inc. 1007 Canyon Bend Drive Dripping Springs, TX 78620 | | | | | | | |
| ACCOUNT NO. | | | | | | | 98.64 |
| CTWP 3730 Franklin Avenue Waco, TX 76710 | | | | | | | |
| ACCOUNT NO. | | | | | | | 844.51 |
| CTWP Leasing 3730 Franklin Avenue Waco, TX 76710 | | | | | | | |

Sheet no.  5 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $                    5,980.15

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**                        Case No.  <u>11-37699-H4-11</u>
                              Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 577.59 |
| **Dealer Electrical Supply** 2580 Manana Dallas, TX 75220-1206 | | | | | | | |
| ACCOUNT NO. | | | | | | | 18,552.38 |
| **Dixie Plywood Company** P.O. Box 951609 Dallas, TX 75395-1609 | | | | | | | |
| ACCOUNT NO. | | | | | | | 406,748.22 |
| **Durcon Incorporated** c/o Mr. Matthew D. Cavenaugh Jackson Walker, L.L.P. 1401 McKinney Street, Suite 1900 Houston, TX 77010  **Durcon Incorporated** P.O. Box 2337 San Antonio, TX 78298-2337  **Durcon Incorporated** c/o Mr. Marvin E. Sprouse III Jackson Walker, L.L.P. 100 Congress, Suite 1100 Austin, TX 78701 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,923.93 |
| **Edgebanding Services, Inc.** 828 W. Clenega Avenue San Dimas, CA 91773 | | | | | | | |

Sheet no.  6 of 21 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                    Subtotal  ➤  $        429,802.12

                                                                    Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**                    Case No.  **11-37699-H4-11**
_____                              _____
                        **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 87,650.14 |
| **Epoxyn Products, LLC** **500 East 16th Street** **Mountain Home, AR 72653** | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,097.05 |
| **Fairway** **350 W. 38th Street** **Houston, TX 77018** | | | | | | | |
| ACCOUNT NO. | | | | | | | 985.41 |
| **Fastenal Company** **P.O. Box 1286** **Winona, MN 55987-1286** | | | | | | | |
| ACCOUNT NO. | | | | | | | 225.18 |
| **FedEx** **P.O. Box 660481** **Dallas, TX 75266-0481** | | | | | | | |
| ACCOUNT NO. | | | | | | | 151.70 |
| **Flinn Scientific, Inc.** **P.O. Box 219** **Batevia, IL 60510** | | | | | | | |

Sheet no.  7 of 21 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **93,109.48**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **National Laboratory Specialists, Inc.**

Case No. __11-37699-H4-11__

**Debtor**

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 12,953.70 |
| **Frank Paxton - San Antonio/ Frank Paxton Lumber Company 10001 Osgood Drive San Antonio, TX 78233** <br><br> **Frank Paxton - San Antonio/ Frank Paxton Lumber Company 23925 Commerce Park Road Beachwood, OH 44122** | | | | | | | |
| ACCOUNT NO. | X | | | | | | 16,393.15 |
| **FW Services, Inc. d/b/a Pacesetter Personnel Services c/o Mr. Russell C. Ducoff, Attorney 4615 Southwest Freeway, Suite 500 Houston, TX 77027-7106** | | | Lawsuit | | | | |
| ACCOUNT NO. | | | | | | | 6,145.00 |
| **Glasspec Corporation P.O. Box 560116 Miami, FL 33256-0116** | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,095.91 |
| **Graybar P.O. Box 840458 Dallas, TX 75284-0458** | | | | | | | |

Sheet no. _8_ of _21_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **37,587.76**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>National Laboratory Specialists, Inc.</u>                    Case No. <u>11-37699-H4-11</u>
                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hafele America Co.<br>P.O. Box 890779<br>Charlotte, NC 28289-0779 | | | | | | | 7,153.17 |
| ACCOUNT NO.<br><br>Hanson's Installations, Inc.<br>16726 Pawlin Drive<br>Selma, TX 78154 | | | | | | | 50,533.00 |
| ACCOUNT NO.<br><br>Hardwoods Specialty Products<br>P.O. Box 6306<br>Arlington, TX 76005 | | | | | | | 18,441.25 |
| ACCOUNT NO.<br><br>Harmon Supply<br>3266 Branard<br>Houston, TX 77098 | | | | | | | 652.72 |
| ACCOUNT NO.<br><br>Holcomb Custom Products<br>165 Melissa Drive<br>Puryear, TN 38251 | | | | | | | 389.05 |

Sheet no. _9_ of _21_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ＞  $              77,169.19

Total   ＞  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.** _____

Case No. **11-37699-H4-11** _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Holland Safety Equipment**<br>**726 McKinley Avenue**<br>**Libertyville, IL 60048** | | | | | | | **3,434.31** |
| ACCOUNT NO.<br><br>**Houston Hardwood**<br>**4910 34th Street**<br>**Houston, TX 77092** | | | | | | | **425.43** |
| ACCOUNT NO.<br><br>**Inter Dyne Systems, Inc.**<br>**676 Ellis Road**<br>**Norton Shores, MN 49441** | | | | | | | **1,272.75** |
| ACCOUNT NO.<br><br>**Justrite Manufacturing Co.**<br>**2454 Dempster Street**<br>**Des Plaines, IL 60016** | | | | | | | **8,049.28** |
| ACCOUNT NO.   **...5119**<br><br>**Karrgo Freight Systems, Inc./Karr-Go**<br>**P.O. Box 1745**<br>**San Marcos, TX 78667** | | | | | | | **1,400.00** |

Sheet no. _10_ of _21_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **14,581.77**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **National Laboratory Specialists, Inc.**
_____
**Debtor**

Case No.  **11-37699-H4-11**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Keystone Millwork, Inc.**<br>**1740 Shiloh**<br>**Bryan, TX 77803** | | | | | | | **81,900.00** |
| ACCOUNT NO.<br><br>**Kumar**<br>**4775 Chino Avenue**<br>**Chino, CA 91710** | | | | | | | **42,436.00** |
| ACCOUNT NO.<br><br>**La Quinta**<br>**6140 Gateway East**<br>**El Paso, TX 79905**<br><br><br>**La Quinta**<br>**7888 I-30 West**<br>**White Settlement, TX 76108** | | | | | | | **11,571.20** |
| ACCOUNT NO.<br><br>**La Quinta Inn & Suites New Caney**<br>**22025 U.S. Highway 59**<br>**New Caney, TX 77357** | | | | | | | **502.85** |

Sheet no. 11 of 21 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $ **136,410.05**

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**                          Case No. __11-37699-H4-11__
                                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Lab Safety Supply** P.O. Box 5004 Janesville, WI 53547-5004 | | | | | | | 399.41 |
| ACCOUNT NO. **Labconco Corp.** 8811 Prospect Kansas City, MO 64132 | | | | | | | 86,364.36 |
| ACCOUNT NO. **Laminate Works, Inc. - Dallas** Bin # 150039 P.O. Box 790343 St. Louis, MO 63179-0343 | | | | | | | 25,323.31 |
| ACCOUNT NO. **Lasco Management, LLC** 103 Roundabout Lane Huntsville, TX 77320 | | | | | | | 3,600.00 |
| ACCOUNT NO. **LG Hausys America, Inc.** 900 Circle 75 Parkway E., Suite 1500 Atlanta, GA 30339 | | | | | | | 2,409.00 |

Sheet no. _12_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ | **118,096.08**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **National Laboratory Specialists, Inc.**                    Case No.  **11-37699-H4-11**
                              Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 20,092.66 |
| **Louis & Co.** P.O. Box 2253 Brea, CA 92822-2253 | | | | | | | |
| ACCOUNT NO. | | | | | | | 315.58 |
| **Maharam** 45 Rasons Court Hauppauge, NY 11788 | | | | | | | |
| ACCOUNT NO. | | | | | | | 20,447.00 |
| **Manna Distributors, Inc.** 8708 Westpark Houston, TX 77063 | | | | | | | |
| ACCOUNT NO. | | | | | | | 7,250.00 |
| **Maric** 300 CR 169 Coldwell, TX 77836 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,186.75 |
| **Marimon Business Systems** 21146 Network Place Chicago, IL 60673-1211 | | | | | | | |

Sheet no. _13_ of _21_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $     **50,291.99**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**

Case No. **11-37699-H4-11**

_____
Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 7,380.32 |
| **McKillican - Austin** **3808 N. Sullivan Road, Bldg. 33A** **Spokane Valley, WA 99216-1608** | | | | | | | |
| ACCOUNT NO. | | | | | | | 105.00 |
| **On Site Services** **8711 Burnet Road** **Austin, TX 78757** | | | | | | | |
| ACCOUNT NO. | | | | | | | 26,789.58 |
| **Patrick Industries, Inc.** **#774701** **4701 Solutions Center** **Chicago, IL 60677-4007** | | | | | | | |
| ACCOUNT NO. | | | | | | | 17,018.59 |
| **PDQ Temporaries, Inc.** **704 Hunters Row Court** **Mansfield, TX 76063** | | | | | | | |

Sheet no. _14_ of _21_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ | **51,293.49**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**                          Case No.  **11-37699-H4-11**
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,769.25 |
| **Precision Applications c/o Mr. Robert A. Swearingen The Swearingen Firm 3002 Texas Avenue South College Station, TX 77845-5048** **Precision Applications 712 Ashford Hills Bryan, TX 77801** | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,608.12 |
| **R.S. Hughes 8606 Wall Street, Suite 400 Austin, TX 78754** | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,220.56 |
| **Rapid Financial 7316 Wisconsin Avenue, Suite 350 Bethesda, MD 20814** | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,244.88 |
| **Reed Construction Data P.O. Box 2241 Carol Stream, IL 60132-2241** | | | | | | | |

Sheet no.  15  of  21  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                Subtotal   ➢   $   **11,842.81**

                                                                Total   ➢   $

                                    (Use only on last page of the completed Schedule F.)
                            (Report also on Summary of Schedules and, if applicable on the Statistical
                                    Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **National Laboratory Specialists, Inc.**                          Case No.   **11-37699-H4-11**
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Roddis Lumber & Veneer Co.**<br>**P.O. Box 1446**<br>**San Antonio, TX 78295** | | | | | | | **Unknown** |
| ACCOUNT NO.<br><br>**Rugby Corp.**<br>**P.O. Box 52708**<br>**Phoenix, AZ 85072-2708** | | | | | | | **19,140.93** |
| ACCOUNT NO.<br><br>**S & R Metals, Inc.**<br>**2705 Lena Street**<br>**Jackson, MS 39213** | | | | | | | **1,452.43** |
| ACCOUNT NO.<br><br>**School Outfitters**<br>**3736 Regent Avenue**<br>**Cincinnati, OH 45212-3724** | | | | | | | **1,720.04** |
| ACCOUNT NO.<br><br>**Sciencelab.com**<br>**14025 Smith Road**<br>**Humble, TX 77396** | | | | | | | **1,045.63** |

Sheet no. _16_ of _21_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **23,359.03**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **National Laboratory Specialists, Inc.**                          Case No.  **11-37699-H4-11**
                                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 20,420.19 |
| **Sellstrom Manufacturing Co.** P.O. Box 71137 Chicago, IL 60694-1137 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,220.25 |
| **Sherwin Williams Co.** 424 Peach Street Waco, TX 78704-2527 | | | | | | | |
| ACCOUNT NO. | | | | | | | 16,583.00 |
| **Silestone of Houston** 3700 S. Sam Houston Parkway W. Houston, TX 77053 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,800.00 |
| **Sims Enterprise, LLC** 103 Roundabout Lane Huntsville, TX 77320 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,273.63 |
| **Stiles Machinery** 3944 Solutions Center Chicago, IL 60677-3009 | | | | | | | |

Sheet no. <u>17</u> of <u>21</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **46,297.07**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**
                      Debtor

Case No.  **11-37699-H4-11**
                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Stone Creek Consultants, LLC**<br>**2704 Magenta Meadow**<br>**Conroe, TX 7304** | | | | | | | **5,700.00** |
| ACCOUNT NO.<br><br>**Surface Warehouse, LP/**<br>**US Surface Warehouse**<br>**c/o Mr. Lee P. Wood, Attorney**<br>**4601 Spicewood Springs, Bldg. 1, #100**<br>**Austin, TX 78759** | X | | | | | | **1,207.00** |
| ACCOUNT NO.<br><br>**TASB, Inc.**<br>**P.O. Box 975112**<br>**Dallas, TX 75397-5112** | | | | | | | **7,000.00** |
| ACCOUNT NO.<br><br>**Taylor Craft**<br>**1353 W. 2nd Street**<br>**Taylor, TX 76574** | | | | | | | **4,632.16** |
| ACCOUNT NO.<br><br>**Texas Architect**<br>**816 Congress Avenue, Suite 970**<br>**Austin, TX 78701-2443** | | | | | | | **1,450.00** |

Sheet no. _18_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **19,989.16**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**                    Case No.  **11-37699-H4-11**
_____                              _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 10,017.00 |
| **Texas Metal Equipment Co.** **6707 Mayard** **Houston, TX 77041** | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,610.83 |
| **The Hartford** **P.O. Box 2907** **Hartford, CT 06104-2907** | | | | | | | |
| ACCOUNT NO. | | | | | | | 87,875.00 |
| **Titanium Trucking Services, Inc./** **Titanium Logistics, Inc.** **400 Zenway Blvd., Unit # 4** **Woodbridge, Ontario L4H 0S7** **Canada** | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,718.30 |
| **Tow & Koenig, PLLC** **26219 Oak Ridge Drive** **The Woodlands, TX 77380** | | | | | | | |
| ACCOUNT NO. | | | | | | | 24,856.43 |
| **Travis Tile Sales, Inc.** **P.O. Box 2272** **Austin, TX 78768** | | | | | | | |

Sheet no.  19  of  21  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $          **129,077.56**

Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **National Laboratory Specialists, Inc.**       Case No. __11-37699-H4-11__

                   Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 166,836.52 |
| U.L.S., Inc. 103 Roundabout Lane Huntsville, TX 77320 | | | | | | | |
| ACCOUNT NO. | | | | | | | 68.30 |
| VWR International P.O. Box 640169 Pittsburgh, PA 15264-0169 | | | | | | | |
| ACCOUNT NO. | | | | | | | 36,936.00 |
| Warenoff's, Inc. 16064 Central Commerce Drive Pflugerville, TX 78660-2002 | | | | | | | |
| ACCOUNT NO. | | | | | | | 69,946.10 |
| Water Saver Faucet Co. c/o Courtney S. Lauer/Andrew Abrameit Gordon, Arata, McCollam, et al 1980 Post Oak Blvd., Suite 1800 Houston, TX 77056 Water Saver Faucet Co. 701 W. Erie Street Chicago, IL 60654 | | | | | | | |

Sheet no. _20_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $         **273,786.92**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Laboratory Specialists, Inc.**                    Case No.  **11-37699-H4-11**
                                                        _____
              Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **...4515** | | | | | | | **28,096.15** |
| **Wells Fargo Financial Leasing, Inc.** **800 Walnut Street** **MAC F4031-050** **Des Moines, IA 50309** | | | **Lease of copiers** | | | | |
| ACCOUNT NO. | | | | | | | **631.90** |
| **Worthington Direct** **6301 Gaston Avenue, Suite 670** **P.O. Box 140038** **Dallas, TX 75214-0038** | | | | | | | |

Sheet no.  21  of  21  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **28,728.05**

Total  ➤  $                  **2,055,984.37**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re:  **National Laboratory Specialists, Inc.**                Case No.  **11-37699-H4-11**
                                    **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Lasco Management, LLC**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320** | **Lease of building and contents** |
| **Wells Fargo Financial Leasing, Inc.**<br>**800 Walnut Street**<br>**MAC F4031-050**<br>**Des Moines, IA 50309** | **Lease of copiers** |

**B6H (Official Form 6H) (12/07)**

**In re:** **National Laboratory Specialists, Inc.**
_____.        **Case No.** **11-37699-H4-11**_____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gene Cornstubble**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549** | **FW Services, Inc.**<br>**d/b/a Pacesetter Personnel Services**<br>**c/o Mr. Russell C. Ducoff, Attorney**<br>**4615 Southwest Freeway, Suite 500**<br>**Houston, TX 77027-7106** |
| **Warenoff's, Inc.**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549** | **Small Business Financial Solutions, Inc.**<br>**P.O. Box 503**<br>**Lanham, MD 20703** |
| **Gene Cornstubble**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549**<br><br><br>**Martha L. Cornstubble**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549** | **Surface Warehouse, LP/**<br>**US Surface Warehouse**<br>**c/o Mr. Lee P. Wood, Attorney**<br>**4601 Spicewood Springs, Bldg. 1, #100**<br>**Austin, TX 78759** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **National Laboratory Specialists, Inc.**                                           Case No.   11-37699-H4-11
                                                                                                    **(If known)**
                                    Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Gene Cornstubble**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of      **37**                 sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date    **9/19/2011**                         Signature:    **s/ Gene Cornstubble**

                                                        **Gene Cornstubble President**
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re: **National Laboratory Specialists, Inc.**                                    Case No.   **11-37699-H4-11**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Martha L. Cornstubble**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549** | **Common** | **1,000** | **Shareholdr** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Gene Cornstubble**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:    **9/19/2011**                           **s/ Gene Cornstubble**

                                                **Gene Cornstubble, President, National Laboratory Specialists, Inc.**
                                                Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Texas**
**Houston Division**

In re: **National Laboratory Specialists, Inc.**                                              Case No. **11-37699-H4-11**
_____,
                                    Debtor                                                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

## 1.  Income from employment or operation of business

None
☐        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
         debtor's business, including part-time activities either as an employee or in independent trade or business, from the
         beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two
         years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis
         of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's
         fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or
         chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
         joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **12,520,058.28** | **Business Operations** | **2009** |
| **17,442,034.96** | **Business Operations** | **2010** |
| **6,152,856.14** | **Business Operations** | **2011** |

---

## 2.  Income other than from employment or operation of business

None
☑        State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
         business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is
         filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
         each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑        a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
         services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
         the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
         (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
         repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
         under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☐      **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
       affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
       were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
       a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
       13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **3-Form**<br>**2300 S. 2300 W.**<br>**Salt Lake City, UT 84119** | **6/30/2011: $33,000.00 (Joint Check);**<br>**7/22/2011: $4,948.82;**<br>**8/25/2011: $614.89** | **38,563.71** | **34,047.26** |
| **ABBA Consulting Services Group, Inc.**<br>**P.O. Box 452**<br>**Wharton, TX 77488** | **6/17/2011: $1,471.25;**<br>**6/17/2011: $1,165.00;**<br>**7/18/2011: $10,348.99** | **12,985.24** | **0.00** |
| **ALC Advanced Lab Concepts** | **7/1/2011: $139,126.49 (Joint Check);**<br>**8/5/2011: $24,261.87 (Joint Check)** | **163,390.36** | **0.00** |
| **Autumnwood Millwork, LLC**<br>**6462 FM 1374**<br>**New Waverly, TX 77358** | **7/12/2011: $42,445.00 (Joint Check);**<br>**7/21/2011: $46452.50;**<br>**8/3/2011: $21,517.00 (Joint Check);**<br>**8/11/2011: $204,827.00 (Joint Check);**<br>**8/16/2011: $10,000.00 (Joint Check);**<br>**8/24/2011: $11,509.50 (Joint check)** | **336,751.00** | **3,798.00** |
| **Blue Cross Blue Shield Texas** | **6/21/2011: $9,950.92;**<br>**7/25/2011: $11,533.67;**<br>**8/15/2011: $8,497.51** | **29,982.10** | **0.00** |
| **BMC Industrial Educational Service, Inc.**<br>**P.O. Box 4089**<br>**Muskegon Heights, MN 49444** | **7/8/2011: $31,834.38;**<br>**8/24/2011: $14,015.00 (Joint Check)** | **45,849.38** | **149,943.75** |
| **C & J Construction** | **8/29/2011 (Joint Check)** | **11,648.00** | **0.00** |
| **Centex Countertops, Inc.**<br>**c/o Mr. Robert A. Swearingen**<br>**The Swearingen Firm**<br>**3002 Texas Avenue South**<br>**College Station, TX 77845-5048** | **7/15/2011: $6,253.00 (Joint Check);**<br>**8/5/2011: $5,445.00 (Joint Check);**<br>**8/26/2011: $11,616.50 (Joint Check)** | **23,314.50** | **11,616.50** |

**3**

| | | | |
|---|---|---|---|
| Cif Lab. Casework Solutions, Inc.<br>56 Edilcan Drive<br>Concord, Ontario<br>Canada | 7/8/2011: $187,700.00<br>(Joint Check);<br>7/26/2011: $64,152.03;<br>7/26/2011: $45,209.00;<br>7/28/2011: $71,051.00<br>(Joint Check);<br>8/10/2011: $9,556.40<br>(Joint Check);<br>8/11/2011: $76,441.00<br>(Joint Check);<br>8/18/2011: $112,923.00 | 567,032.43 | 209,074.21 |
| Durcon Incorporated<br>P.O. Box 2337<br>San Antonio, TX 78298-2337 | 7/1/2011: $59,783.68<br>(Joint Check);<br>7/14/2011: $10,915.91;<br>7/28/2011: $34,712.68<br>(Joint Check);<br>7/28/2011: $4,258.55<br>(Joint Check);<br>7/29/2011: $22,298.09;<br>8/24/2011: $58,788.29<br>(Joint Check) | 190,757.20 | 406,748.22 |
| Haldman-Homme, Inc. | 7/1/2011 (Joint Check) | 40,499.00 | 0.00 |
| Hanson's Installations, Inc.<br>16726 Pawlin Drive<br>Selma, TX 78154 | 7/27/2011: $5,130.00;<br>7/29/2011: $2,350.00 | 7,450.00 | 50,533.00 |
| Inter Dyne Systems, Inc.<br>676 Ellis Road<br>Norton Shores, MN 49441 | 7/1/2011: $7,135.59<br>(Joint Check);<br>7/15/2011: $1,211.00 | 8,347.19 | 1,272.75 |
| Johnie's Plastics, Inc. | 6/28/2011: $4,600.00<br>(Joint Check);<br>8/11/2011: $4,035.00<br>(Joint Check | 8,635.00 | 0.00 |
| Keystone Millwork, Inc.<br>1740 Shiloh<br>Bryan, TX 77803 | 7/21/2011: $965.00;<br>8/3/2011: $36,209.00<br>(Joint Check) | 37,174.00 | 81,900.00 |
| Millwork Plus, Inc. | 6/7/2011: $26,000.00;<br>6/21/2011: $15,000.00;<br>6/28/2011: $20,000.00;<br>7/8/2011: $1,000.00;<br>7/14/2011: $5,442.39;<br>7/19/2011: $23,000.00;<br>7/27/2011: $50,000.00<br>(Transfer);<br>7/27/2011: $25,000.00<br>(Transfer);<br>7/31/2011: $2,000.00<br>(Transfer);<br>8/2/2011: $35,000.00<br>(Transfer);<br>8/11/2011: $1,241.40<br>(Transfer) | 202,683.79 | 0.00 |
| Precision Applications<br>712 Ashford Hills<br>Bryan, TX 77801 | 8/22/2011: $3,769.25<br>(Joint Check);<br>8/29/2011: $4,850.00<br>(Joint Check) | 8,619.25 | 3,769.25 |
| RECOM Group | 7/1/2011 (Joint Check) | 7,033.46 | 0.00 |

4

| | | | |
|---|---|---|---|
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | 6/14/2011: $3,490.08;<br>6/22/2011: $3,578.65;<br>8/20/2011: $2,412.22 | 9,480.95 | 3,610.83 |
| Titanium Trucking Services, Inc./<br>Titanium Logistics, Inc.<br>400 Zenway Blvd., Unit # 4<br>Woodbridge, Ontario L4H 0S7<br>Canada | 7/28/2011 (Joint Check) | 7,700.00 | 87,875.00 |
| TMI Systems Design Corporation<br>50 South Third Avenue West<br>Dickinson, ND 58601 | 6/10/2100: $169,216.00;<br>6/13/2011: $61,598.00<br>(Joint Check);<br>6/21/2011: $4,140.00;<br>6/22/2011: $161,478.00<br>(Joint);<br>7/8/2011: $59,697.00<br>(Joint Check);<br>7/12/2011: $776.00;<br>7/12/2011: $85,596.00<br>(Joint Check);<br>7/14/2011: $391.00;<br>7/20/2011: $156.00;<br>8/3/2011: $1,480.00<br>(Joint Check);<br>8/15/2011: $76,257.00<br>(Joint Check);<br>8/19/2011: $74,495.16<br>(Joint Check);<br>8/22/2011: $2,255.00<br>(Joint Check) | 657,532.16 | 212,244.00 |
| Universal Form Tops, Inc. | 6/28/2011: $16,950.00<br>(Joint Check);<br>8/11/2011: $16,950.00<br>(Joint Check) | 33,900.00 | 0.00 |
| Warenoff's, Inc.<br>16064 Central Commerce Drive<br>Pflugerville, TX 78660-2002 | 8/10/2011: $30,000.00<br>(Transfer);<br>8/11/2011: $12,688.00;<br>(Transfer);<br>8/24/2011: $12,000.00<br>(Transfer) | 54,688.00 | 36,936.00 |
| Water Saver Faucet Co.<br>701 W. Erie Street<br>Chicago, IL 60654 | 7/1/2011: $38,171.00<br>(Joint Check);<br>7/11/2011: $31,679.62;<br>7/14/2011: $40,408.51;<br>7/20/2011: $31,147.91;<br>7/21/2011: $558.75;<br>7/27/2011: $90.00; | 142,055.79 | 69,946.10 |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑   benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐   the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **FW Services, Inc. d/b/a Pacesetter Personnel Services vs. National Lab Specialists, Inc. and Gene Corstubble, Individually** | **Collection lawsuit** | **County Civil Court at Law No. 3 Harris County, Texas** | **Active** |
|    **997,470** | | | |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑   immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑   foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑   commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None ❑    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Margaret M. McClure** **Attorney at Law** **909 Fannin, Suite 3810** **Houston, TX 77010** | **August 10, 2011** | **$21,039.00** |

## 10. Other transfers

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **National Laboratory Specialists, Inc.** | **80-0094887** | **103 Roundabout Lane Huntsville, TX 77320-0549** | **Laboratory sales and installation** | **02/20/2003** |

None ☑   b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Pat Pinker 103 Roundabout Lane Huntsville, TX 77320-0549** | **to present** |

None ☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Gene Cornstubble** | **103 Roundabout Lane Huntsville, TX 77320-0549** |

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gene Cornstubble**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549** | **President** | **None** |
| **Martha L. Cornstubble**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549** | **None** | **Shareholder - 100% ownership** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.  Withdrawals from a partnership or distributions by a corporation

None

☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ABBA Consulting**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549**<br>     **Chief Financial Officer** | **Compensation for the previous 12 months** | **$127,909.80** |
| **Gene Cornstubble**<br>**103 Roundabout Lane**<br>**Huntsville, TX 77320-0549**<br>     **President** | **Compensation for the previous 12 months** | **None** |

## 24.  Tax Consolidation Group.

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25.  Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   <u>9/19/2011</u>

Signature   **s/ Gene Cornstubble**

**Gene Cornstubble, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Texas
### Houston Division

In re: **National Laboratory Specialists, Inc.**

Debtor

Case No. **11-37699-H4-11**

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 21,039.00 |
| Prior to the filing of this statement I have received | $ | 21,039.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☒ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **9/19/2011**

**/s/ Margaret M. McClure**
**Margaret M. McClure, Bar No.  00787997**

**Law Office of Margaret M. McClure**
Attorney for Debtor(s)

National Laboratory Specialists, Inc.
103 Roundabout Lane
Huntsville, TX 77320-0549


1-800-Conference
P.O. Box 8103
Aurora, IL 60507-8103


3-Form
2300 S. 2300 W.
Salt Lake City, UT 84119


A & A Sheet Metal Products, Inc.
P.O. Box 1848
La Porte, IN 46352-1848


Adolfson & Peterson Construction
1800 Firman Drive, Suite 700
Richardson, TX 75081


Agr Fabricators, Inc.
P.O. Box 10158
Jacksonville, FL 32207


Alecom Metal Works, Inc.
2803 Chalk Hill Road
Dallas, TX 75212


Ample Computer Services
1528 Avenue O
Huntsville, TX 77340


Apple Scientific, Inc.
P.O. Box 778
Chesterland, OH 44026

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019


Atchley & Associates
6850 Austin Center Blvd., Suite 180
Austin, TX 78731-3129


Austin Countertops
11108 Bluff Bend Drive
Austin, TX 78753


Autumnwood Millwork, LLC
6462 FM 1374
New Waverly, TX 77358


Bluelinx Corporation
P.O. Box 677597
Dallas, TX 75267-7597


BMC Industrial Educational Service, Inc.
P.O. Box 4089
Muskegon Heights, MN 49444


Brazos Forest Products
600 Industrial Blvd.
Austin, TX 78745-1213


C.H. Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121


C-3 Distributors, Inc.
1000 Spinks Road
Flower Mound, TX 75028

Candyce F. Dixon, C.P.A.
1106 Avenue O
Hunstville, TX 77340-4444


Centex Countertops, Inc.
712 Ashford Hills
Bryan, TX 77801


Centex Countertops, Inc.
c/o Mr. Robert A. Swearingen
The Swearingen Firm
3002 Texas Avenue South
College Station, TX 77845-5048


Central Hardwood
2605 Rodney Lane
Dallas, TX 75229


Chazaq, Inc.
812 S. Blue Mound Road, Suite A
Fort Worth, TX 76131


Chicago Dowel Co., Inc.
4700 West Grand Avenue
Chicago, IL 60639


Colt Industries, Inc.
3505 Tree Court Industrial Blvd.
St. Louis, MO 63122


Concentra
P.O. Box 9005
Addison, TX 75001-9005


Construction Today
#774086
4086 Solutions Center
Chicago, IL 60677-4000

Cothern Transportation, Inc.
1007 Canyon Bend Drive
Dripping Springs, TX 78620


CTWP
3730 Franklin Avenue
Waco, TX 76710


CTWP Leasing
3730 Franklin Avenue
Waco, TX 76710


Dealer Electrical Supply
2580 Manana
Dallas, TX 75220-1206


Dixie Plywood Company
P.O. Box 951609
Dallas, TX 75395-1609


Durcon Incorporated
c/o Mr. Marvin E. Sprouse III
Jackson Walker, L.L.P.
100 Congress, Suite 1100
Austin, TX 78701


Durcon Incorporated
P.O. Box 2337
San Antonio, TX 78298-2337


Durcon Incorporated
c/o Mr. Matthew D. Cavenaugh
Jackson Walker, L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010


Edgebanding Services, Inc.
828 W. Clenega Avenue
San Dimas, CA 91773

Epoxyn Products, LLC
500 East 16th Street
Mountain Home, AR 72653


Fairway
350 W. 38th Street
Houston, TX 77018


Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286


FedEx
P.O. Box 660481
Dallas, TX 75266-0481


First Victoria National Bank/
Citizens Bank of Texas
P.O. Box 128
New Waverly, TX 77358


First Victoria National Bank/
Citizens Bank of Texas
P.O. Box 1685
Huntsville, TX 77320


First Victoria National Bank/
Citizens Bank of Texas
c/o Mr. James E. Cuellar, Attorney
440 Louisiana, Suite 718
Houston, TX 77002


First Victoria National Bank/
Citizens Bank of Texas
P.O. Box 1338
Victoria, TX 77902


Flinn Scientific, Inc.
P.O. Box 219
Batevia, IL 60510

Frank Paxton – San Antonio/
Frank Paxton Lumber Company
10001 Osgood Drive
San Antonio, TX 78233

Frank Paxton – San Antonio/
Frank Paxton Lumber Company
23925 Commerce Park Road
Beachwood, OH 44122

FW Services, Inc.
d/b/a Pacesetter Personnel Services
c/o Mr. Russell C. Ducoff, Attorney
4615 Southwest Freeway, Suite 500
Houston, TX 77027-7106

Glasspec Corporation
P.O. Box 560116
Miami, FL 33256-0116

Graybar
P.O. Box 840458
Dallas, TX 75284-0458

Hafele America Co.
P.O. Box 890779
Charlotte, NC 28289-0779

Hanson's Installations, Inc.
16726 Pawlin Drive
Selma, TX 78154

Hardwoods Specialty Products
P.O. Box 6306
Arlington, TX 76005

Harmon Supply
3266 Branard
Houston, TX 77098

Holcomb Custom Products
165 Melissa Drive
Puryear, TN 38251


Holland Safety Equipment
726 McKinley Avenue
Libertyville, IL 60048


Houston Hardwood
4910 34th Street
Houston, TX 77092


Inter Dyne Systems, Inc.
676 Ellis Road
Norton Shores, MN 49441


Justrite Manufacturing Co.
2454 Dempster Street
Des Plaines, IL 60016


Karrgo Freight Systems, Inc./Karr-Go
P.O. Box 1745
San Marcos, TX 78667


Keystone Millwork, Inc.
1740 Shiloh
Bryan, TX 77803


Kumar
4775 Chino Avenue
Chino, CA 91710


La Quinta
6140 Gateway East
El Paso, TX 79905

La Quinta
7888 I-30 West
White Settlement, TX 76108


La Quinta Inn & Suites New Caney
22025 U.S. Highway 59
New Caney, TX 77357


Lab Safety Supply
P.O. Box 5004
Janesville, WI 53547-5004


Labconco Corp.
8811 Prospect
Kansas City, MO 64132


Laminate Works, Inc. - Dallas
Bin # 150039
P.O. Box 790343
St. Louis, MO 63179-0343


Lasco Management, LLC
103 Roundabout Lane
Huntsville, TX 77320


LG Hausys America, Inc.
900 Circle 75 Parkway E., Suite 1500
Atlanta, GA 30339


Louis & Co.
P.O. Box 2253
Brea, CA 92822-2253


Maharam
45 Rasons Court
Hauppauge, NY 11788

Manna Distributors, Inc.
8708 Westpark
Houston, TX 77063


Maric
300 CR 169
Coldwell, TX 77836


Marimon Business Systems
21146 Network Place
Chicago, IL 60673-1211


McKillican - Austin
3808 N. Sullivan Road, Bldg. 33A
Spokane Valley, WA 99216-1608


Cif Lab. Casework Solutions, Inc.
56 Edilcan Drive
Concord, Ontario
Canada


On Site Services
8711 Burnet Road
Austin, TX 78757


Patrick Industries, Inc.
#774701
4701 Solutions Center
Chicago, IL 60677-4007


PDQ Temporaries, Inc.
704 Hunters Row Court
Mansfield, TX 76063


Precision Applications
c/o Mr. Robert A. Swearingen
The Swearingen Firm
3002 Texas Avenue South
College Station, TX 77845-5048

Precision Applications
712 Ashford Hills
Bryan, TX 77801


R.S. Hughes
8606 Wall Street, Suite 400
Austin, TX 78754


Rapid Financial
7316 Wisconsin Avenue, Suite 350
Bethesda, MD 20814


Reed Construction Data
P.O. Box 2241
Carol Stream, IL 60132-2241


Roddis Lumber & Veneer Co.
P.O. Box 1446
San Antonio, TX 78295


Rugby Corp.
P.O. Box 52708
Phoenix, AZ 85072-2708


S & R Metals, Inc.
2705 Lena Street
Jackson, MS 39213


School Outfitters
3736 Regent Avenue
Cincinnati, OH 45212-3724


Sciencelab.com
14025 Smith Road
Humble, TX 77396

Sellstrom Manufacturing Co.
P.O. Box 71137
Chicago, IL 60694-1137


Sherwin Williams Co.
424 Peach Street
Waco, TX 78704-2527


Silestone of Houston
3700 S. Sam Houston Parkway W.
Houston, TX 77053


Sims Enterprise, LLC
103 Roundabout Lane
Huntsville, TX 77320


Small Business Financial Solutions, Inc.
P.O. Box 503
Lanham, MD 20703


Stiles Machinery
3944 Solutions Center
Chicago, IL 60677-3009


Stone Creek Consultants, LLC
2704 Magenta Meadow
Conroe, TX 7304


Surface Warehouse, LP/
US Surface Warehouse
c/o Mr. Lee P. Wood, Attorney
4601 Spicewood Springs, Bldg. 1, #100
Austin, TX 78759


TASB, Inc.
P.O. Box 975112
Dallas, TX 75397-5112

Taylor Craft
1353 W. 2nd Street
Taylor, TX 76574


Texas Architect
816 Congress Avenue, Suite 970
Austin, TX 78701-2443


Texas Comptroller of Public Accounts
c/o Mr. William A. Frazell
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548


Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348


Texas Metal Equipment Co.
6707 Mayard
Houston, TX 77041


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


Titanium Trucking Services, Inc./
Titanium Logistics, Inc.
400 Zenway Blvd., Unit # 4
Woodbridge, Ontario L4H 0S7
Canada


TMI Systems Design Corporation/TMI
50 South Third Avenue West
Dickinson, ND 58601-5595


TMI Systems Design Corporation/TMI
c/o Mr. Joshua W. Mermis
Johnson, Trent, West & Taylor, L.L.P.
919 Milam, Suite 1700
Houston, TX 77002

Tow & Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77380


Travis Tile Sales, Inc.
P.O. Box 2272
Austin, TX 78768


U.L.S., Inc.
103 Roundabout Lane
Huntsville, TX 77320


VWR International
P.O. Box 640169
Pittsburgh, PA 15264-0169


Warenoff's, Inc.
16064 Central Commerce Drive
Pflugerville, TX 78660-2002


Water Saver Faucet Co.
c/o Courtney S. Lauer/Andrew Abrameit
Gordon, Arata, McCollam, et al
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056


Water Saver Faucet Co.
701 W. Erie Street
Chicago, IL 60654


Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F4031-050
Des Moines, IA 50309


Worthington Direct
6301 Gaston Avenue, Suite 670
P.O. Box 140038
Dallas, TX 75214-0038

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

In re:   **National Laboratory Specialists, Inc.**

Debtor

Case No. **11-37699-H4-11**

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **13** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **9/19/2011**

Signed: **s/ Gene Cornstubble**
**Gene Cornstubble**

Signed:   **/s/ Margaret M. McClure**
**Margaret M. McClure**
Attorney for Debtor(s)
Bar no.:          **00787997**
**Law Office of Margaret M. McClure**
**909 Fannin, Suite 3810**
**Houston, TX 77010**
Telephone No.:   **713-659-1333**
Fax No.:          **713-658-0334**
E-mail address:   **Margaret@mmmcclurelaw.com**