UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| NATIONAL LABORATORY | § | 11-37699-H4-11 |
| SPECIALISTS, INC. | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

### DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY AND PAY OUTSIDE FINANCIAL OFFICER, PURSUANT TO 11 U.S.C. § 327

**IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.**

**IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY ONE (21) DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, NATIONAL LABORATORY SPECIALISTS, INC., the Debtor herein (the "Debtor"), and files this its Application for Authority to Employ and Pay Outside Financial Officer, Pursuant to 11 U.S.C. § 327 (the "Application"), and in support thereof, would respectfully show unto the Court as follows:

I.

The Debtor has filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on September 5, 2011 (the "Date of Petition"). From and since the Date of Petition, the Debtor has maintained possession of its property, and has continued to remain in control of its ongoing business affairs as a Debtor-in-possession pursuant to the provisions of 11 U.S.C. §§ 1107 and 1108.

II.

This Court has jurisdiction over the proceedings herein pursuant to 11 U.S.C. § 105, and 28 U.S.C. §§ 151, 157, and 1334. Venue is appropriate herein by virtue of 28 U.S.C. § 1408.

III.

Debtor has selected Pat Pinker, of ABBA Consulting Services Group, Inc., 96 Elkins Lake, Huntsville, Texas 77340, and proposes to employ and pay him for preparation of Monthly Financial Statements, accounts receivable, prepare tax forms, and manage all accounting and bookkeeping activities. Debtor has selected Pat Pinker, for the reason that he has had considerable experience and qualifications in the preparation of Monthly Financial Statements, accounts receivable, preparing tax forms, managing all accounting and bookkeeping activities and any other business services directly related to these proceedings.

IV.

In the operation and management of the Debtor's financial affairs, as Debtor-in-possession, it is imperative for Debtor to file its Monthly Operating Reports, Monthly Financial Statements and Income Tax returns in a timely and accurate manner. The professional services to be provided by Pat Pinker, includes, inter alia:

(a) to assimilate the data necessary to prepare the Monthly Financial Statements, assist in preparing the Income Tax returns and assisting in the workout process with creditors and any other business services directly related to these proceedings;

For the reasons stated above, the Debtor is of the view that it is necessary for it to be authorized to employ Pat Pinker, to prepare the Monthly Financial Statements, accounts receivable, tax forms, manage all accounting and bookkeeping activities and any other business services directly related to these proceedings, and to assure the accuracy and timeliness of such documents. The Debtor has already sought the advice of Pat Pinker, with regard to completing the Monthly Financial Statements, accounts receivable, preparation of Tax forms, managing all accounting and bookkeeping activities and the records necessary to complete these documents. Debtor would submit to this Court, that the employment of Pat Pinker is in the best interests of the Debtor, its estate, and to the Debtor's creditors-at-large.

V.

To the best of Debtor's knowledge Pat Pinker, has no connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee other than working with the Debtor in the same capacity pre-petition. Pat Pinker represents no interest adverse to the Debtor or its estate in the matters upon which he will be engaged by the Debtor. Retention and employment of him would be in the best interests of the Debtor and its estate. The Affidavit of Proposed Outside Financial Officer, pursuant to 11 U.S.C.A. § 327(a) and Fed. R. Bktcy. P. 2014 is attached hereto and incorporated herein for all purposes as Exhibit "A".

VI.

At the present time Pat Pinker charges an hourly fee of $50.00 for preparation of Monthly Financial Statements, accounts receivable, preparing tax forms, managing all accounting and bookkeeping activities; which includes all expenses relative to the completion of these services or documents.

Pursuant to 11 U.S.C. §§330 and 331, any compensation sought in this bankruptcy case by Pat Pinker, will be subject to the scrutiny and authority of this Court.

WHEREFORE, PREMISES CONSIDERED, NATIONAL LABORATORY SPECIALISTS, INC., the Debtor herein, prays for this Court to authorize the employment and payment of Pat Pinker, on the basis of an hourly fee of $50.00 for preparation of Monthly Financial Statements, accounts receivable, preparing tax forms, managing all accounting and bookkeeping activities, which includes all expenses relative to the completion of these services or documents.

        Respectfully submitted,

          /s/ Margaret M. McClure
        MARGARET M. MCCLURE
        State Bar No. 00787997
        909 Fannin, Suite 3810
        Houston, Texas 77010
        (713) 659-1333
        (713) 658-0334 (fax)
        Margaret@mmmcclurelaw.com (e-mail)

        ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| NATIONAL LABORATORY | § | 11-37699-H4-11 |
| SPECIALISTS, INC. | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

**AFFIDAVIT OF PROPOSED CERTIFIED PUBLIC ACCOUNTANT,
PURSUANT TO 11 U.S.C.A. § 327(A) AND
FED. R. BKTCY. P. 2014(A)**

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority on this day personally appeared Pat Pinker, Certified Public Accountant, 96 Elkins Lake, Huntsville, Texas 77340, who by me first being duly sworn, did depose and say:

"My name is Pat Pinker, I am over the age of eighteen, am of sound mind, have not been convicted of a felony or a misdemeanor involving moral turpitude and have personal knowledge of the facts contained in this Affidavit.

"I am a Financial Officer and to the best of my knowledge I have no connections with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee other than working with the Debtor in the same capacity pre-petition.

"I am a disinterested person with regard to the debtor and above captioned matter, in that:

    a.    I am not an equity security holder or an insider;

    b.    I am not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

    c.    I do not have an interest adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

"At the present time, my services for matters of a similar nature are billed on an hourly basis of $50.00 per hour for preparation of Monthly Financial Statements, accounts receivable, preparing tax forms, managing all accounting and bookkeeping activities; which includes all expenses relative to the completion of these services or documents. Attached hereto are the duties I have been performing for the Debtor.

"To the best of my knowledge, information and belief, I do not represent any interest adverse to the Debtor or its estate in the matters upon which I am to be engaged by the Debtor. I believe my employment in this matter is in the best interests of the Debtor and its estate."

FURTHER AFFIANT SAIETH NOT.

_/s/ Pat Pinker_
Pat Pinker

SUBSCRIBED AND SWORN TO BEFORE ME this __19__ day of September, 2011.

JENNIFER DIAMOND
NOTARY PUBLIC
State of Texas
Comm. Exp. 08-15-2015

NOTARY PUBLIC, STATE OF TEXAS