B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re **National Laboratory Specialists, Inc.**, Case No. **11-37699-H4-11**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Durcon Incorporated** c/o Mr. Matthew D. Cavenaugh Jackson Walker, L.L.P. 1401 McKinney Street, Suite 1900 Houston, TX 77010 | | | | $406,748.22 |
| **TMI Systems Design Corporation/TMI** c/o Mr. Joshua W. Mermis Johnson, Trent, West & Taylor, L.L.P. 919 Milam, Suite 1700 Houston, TX 77002 | | Security Agreement | | $212,244.00 **SECURED VALUE:** |
| **Cif Lab. Casework Solutions, Inc.** 56 Edilcan Drive Concord, Ontario Canada | | | | $209,074.21 |
| **U.L.S., Inc.** 103 Roundabout Lane Huntsville, TX 77320 | | | | $166,836.52 |
| **BMC Industrial Educational Service, Inc.** P.O. Box 4089 Muskegon Heights, MN 49444 | | | | $149,943.75 |
| **Titanium Trucking Services, Inc./ Titanium Logistics, Inc.** 400 Zenway Blvd., Unit # 4 Woodbridge, Ontario L4H 0S7 Canada | | | | $87,875.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **National Laboratory Specialists, Inc.**                ,         Case No. **11-37699-H4-11**
                              Debtor                                                 Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Epoxyn Products, LLC**<br>500 East 16th Street<br>Mountain Home, AR 72653 | | | | $87,650.14 |
| **Labconco Corp.**<br>8811 Prospect<br>Kansas City, MO 64132 | | | | $86.364.36 |
| **Keystone Millwork, Inc.**<br>1740 Shiloh<br>Bryan, TX 77803 | | | | $81,900.00 |
| **Water Saver Faucet Co.**<br>c/o Courtney S. Lauer/Andrew Abrameit<br>Gordon, Arata, McCollam, et al<br>1980 Post Oak Blvd., Suite 1800<br>Houston, TX 77056 | | | | $69,946.10 |
| **Hanson's Installations, Inc.**<br>16726 Pawlin Drive<br>Selma, TX 78154 | | | | $50,533.00 |
| **Kumar**<br>4775 Chino Avenue<br>Chino, CA 91710 | | | | $42,436.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **National Laboratory Specialists, Inc.**,    Case No. **11-37699-H4-11**
              Debtor                                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Warenoff's, Inc.<br>16064 Central Commerce Drive<br>Pflugerville, TX 78660-2002 | | | | $36,936.00 |
| 3-Form<br>2300 S. 2300 W.<br>Salt Lake City, UT 84119 | | | | $34.047.26 |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F4031-050<br>Des Moines, IA 50309 | | | | $28,096.15 |
| Patrick Industries, Inc.<br>#774701<br>4701 Solutions Center<br>Chicago, IL 60677-4007 | | | | $26,789.58 |
| Colt Industries, Inc.<br>3505 Tree Court Industrial Blvd.<br>St. Louis, MO 63122 | | | | $26,760.69 |
| Laminate Works, Inc. - Dallas<br>Bin # 150039<br>P.O. Box 790343<br>St. Louis, MO 63179-0343 | | | | $25,323.31 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **National Laboratory Specialists, Inc.**,                            Case No. **11-37699-H4-11**
                              Debtor                                         Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Travis Tile Sales, Inc. P.O. Box 2272 Austin, TX 78768 | | | | $24,856.43 |
| Manna Distributors, Inc. 8708 Westpark Houston, TX 77063 | | | | $20.447.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gene Cornstubble, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9/19/2011**            Signature: **s/ Gene Cornstubble**

                                         **Gene Cornstubble ,President**
                                         (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.